**ORDERED in the Southern District of Florida on September 20, 2023.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Case |
| AEROTECH MIAMI INC. d/b/a iAero Tech, | Case No. 23-17503 |
| Debtor. ______/ | |
| In re: | Chapter 11 Case |
| AEROTHRUST DELTA PBH, LLC, | Case No. 23-17504 |
| Debtor. ______/ | |
| In re: | Chapter 11 Case |
| AEROTHRUST HOLDINGS AIRCRAFT AND ENGINE LEASING, LLC, | Case No. 23-17505 |
| Debtor. ______/ | |
| In re: | Chapter 11 Case |
| AEROTHRUST HOLDINGS LEASING, LLC, | Case No. 23-17506 |
| Debtor. ______/ | |

| | |
|---|---|
| In re: | Chapter 11 Case |
| IAERO 11 INVESTMENTS LLC, | Case No. 23-17507 |
| Debtor. ____________________________/ | |
| In re: | Chapter 11 Case |
| IAERO 11B INVESTMENTS LLC, | Case No. 23-17508 |
| Debtor. ____________________________/ | |
| In re: | Chapter 11 Case |
| IAERO GROUP BIDCO INC., | Case No. 23-17509 |
| Debtor. ____________________________/ | |
| In re: | Chapter 11 Case |
| IAERO GROUP HOLDCO 6 LLC, | Case No. 23-17510 |
| Debtor. ____________________________/ | |
| In re: | Chapter 11 Case |
| IAERO GROUP INTERMEDIATE INC., | Case No. 23-17512 |
| Debtor. ____________________________/ | |
| In re: | Chapter 11 Case |
| IAERO GROUP PARENT LLC, | Case No. 23-17513 |
| Debtor. ____________________________/ | |
| In re: | Chapter 11 Case |
| IAERO THRUST ENGINE TEST CENTER, LLC, | Case No. 23-17514 |
| Debtor. ____________________________/ | |

| | |
|---|---|
| In re: | Chapter 11 Case |
| IAERO THRUST LLC, | Case No. 23-17515 |
| Debtor. /| |
| In re: | Chapter 11 Case |
| JAM AEROSPACE PARTS, LLC, | Case No. 23-17516 |
| Debtor. /| |
| In re: | Chapter 11 Case |
| NEW SWIFT AIR HOLDINGS, L.L.C., | Case No. 23-17517 |
| Debtor. /| |
| In re: | Chapter 11 Case |
| SWIFT AIR TRAVEL, LLC d/b/a iAero Airways, | Case No. 23-17518 |
| Debtor. /| |
| In re: | Chapter 11 Case |
| SWIFT AIR, L.L.C., | Case No. 23-17519 |
| Debtor. /| |

## ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR JOINT ADMINISTRATION

**THIS MATTER** having come before the Court, without a hearing, upon the *Debtors' Ex Parte Motion for Joint Administration* [ECF No. 5] (the "Motion")[1] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors")[2], pursuant to Bankruptcy Rule

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[2] The address of the Debtors is 5200 Northwest 36th Street, Miami, FL 33166. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero

1015 and Local Rule 1015-1(A)(2)(a). The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtors. The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) it may enter a final order consistent with Article III of the United States Constitution; (iv) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; (vi) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; (vii) pursuant to Local Rule 1015-1, the Court is authorized to grant the Motion without a hearing at its discretion; and (viii) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the First Day Declaration, all of which are incorporated herein, the Court determines that good and sufficient cause exists to grant the relief requested in the Motion. Accordingly, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned bankruptcy cases are consolidated for procedural purposes only and shall be jointly administered. The case of AeroTech Miami Inc. d/b/a iAero Tech, Case No. 23-17503 is designated as the "lead case."

3. The cases of AeroThrust Delta PBH, LLC, Case No. 23-17504, AeroThrust Holdings Aircraft and Engine Leasing, LLC, Case No. 23-17505, AeroThrust Holdings Leasing, LLC, Case No. 23-17506, iAero 11 Investments LLC, Case No. 23-17507, iAero 11B

---

Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xvi) Swift Air Travel, LLC (3558).

Investments LLC, Case No. 23-17508, iAero Group Bidco Inc., Case No. 23-17509, iAero Group Holdco 6 LLC, Case No. 23-17510, iAero Group Intermediate Inc., Case No. 23-17512, iAero Group Parent LLC, Case No. 23-17513, iAero Thrust Engine Test Center, LLC, Case No. 23-17514, iAero Thrust LLC, Case No. 23-17515, JAM Aerospace Parts, LLC, Case No. 23-17516, New Swift Air Holdings, L.L.C., Case No. 23-17517, Swift Air, L.L.C. d/b/a iAero Airways, Case No. 23-17518; and Swift Air Travel, LLC, Case No. 17519, are transferred to the Honorable Robert A. Mark.

4. A single case docket and court file will be maintained hereafter under the "lead case" number.

5. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

6. The style of these jointly administered cases shall be in the style set forth below:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>AEROTECH MIAMI INC. d/b/a iAero Tech, *et al.*,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 23-17503<br><br>(Jointly Administered) |

7. Pleadings filed in any case other than the lead case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the case(s) in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is

asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed. Schedules and the statement of financial affairs shall be styled and filed in the case name and number of the member case.

8. Parties may request joint hearings on matters pending in any of the jointly administered cases.

9. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing joint administration of the following entities for procedural purposes only: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xv) Swift Air Travel, LLC (3558). The docket of AeroTech Miami Inc. d/b/a iAero Tech (Case No. 23-17503) should be consulted for all matters affecting this case.

10. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Florida shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

11. Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

12. The Debtors shall not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

13. The Debtors are authorized and empowered to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

Submitted by:
Paul Steven Singerman, Esq.
BERGER SINGERMAN LLP
*Proposed Co-Counsel for Debtors-in-Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: singerman@bergersingerman.com

*(Attorney Singerman is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*