UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>AEROTECH MIAMI INC. d/b/a iAero Tech, *et al.*,[1]<br><br>      Debtors. | Chapter 7 Cases<br><br>Case No. 23-17503-RAM<br><br>(Jointly-Administered) |

**NOTICE OF FILING OF ACCOUNTING OF
RECEIPTS AND DISBURSEMENTS DURING CHAPTER 11 CASE**

PLEASE TAKE NOTICE that on May 1, 2024, this Court in each of the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), entered an *Agreed Order Granting Agreed Motion of the Debtors and Committee for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [ECF No. 625] (the "Conversion Order"), converting these chapter 11 cases to cases under chapter 7 of the U.S. Bankruptcy Code, effective as of May 1, 2024.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 3(b) of the Conversion Order, the Debtors hereby file for each of the Debtors a schedule of all receipts and disbursements during these chapter 11 cases, which are attached hereto as **Composite Exhibit "A"**.

---

[1]    The address of the Debtors is Scott N. Brown, Esq., chapter 7 trustee, c/o Bast Amron LLP, One Southeast Third Ave., Ste. 2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xvi) Swift Air Travel, LLC (3558).

13007617-2

Dated:  May 31, 2024                                          Respectfully submitted,

                                                             */s/ Christopher Andrew Jarvinen*

**KING & SPALDING LLP**                                      **BERGER SINGERMAN LLP**
*Co-Counsel for Debtors*                                     *Co-Counsel for Debtors*
*and Debtors-in-Possession*                                  *and Debtors-in-Possession*
Roger G. Schwartz (*admitted pro hac vice*)                  Paul Steven Singerman
Robert Nussbaum (*admitted pro hac vice*)                    Florida Bar No. 378860
Michelle Muscara (*admitted pro hac vice*)                   Christopher Andrew Jarvinen
Rasha El Mouatassim Bih (*admitted pro hac vice*)            Florida Bar No. 21745
1185 Avenue of the Americas, 34th Floor                      1450 Brickell Avenue, Suite 1900
New York, NY 10036                                           Miami, FL 33131
Telephone: (212) 790-5259                                    Telephone: (305) 755-9500
Email:  rschwartz@kslaw.com                                  Facsimile: (305) 714-4340
        rnussbaum@kslaw.com                                  Email:    singerman@bergersingerman.com
        mmuscara@kslaw.com                                             cjarvinen@bergersingerman.com
        relmouatassimbih@kslaw.com

– and –

**KING & SPALDING LLP**
Michael Fishel (*admitted pro hac vice*)
1100 Louisiana Suite 4100
Houston, TX 77002
Telephone: (212) 790-5259
Email:   mfishel@kslaw.com

13007617-2                                          2

Lead Case No: 23-17503
Case No: 23-17503

**AeroTech Miami Inc. d/b/a iAero Tech**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---:|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ 355,829 |
| **Cash Receipts** | **$ 355,829** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ 368,716 |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ 122,295 |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **491,011** |
| | |
| **Operating Cash Flow** | **$ (135,182)** |

Lead Case No: 23-17503
Case No: 23-17504

**AeroThrust Delta PBH, LLC**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **-** |
| | |
| **Operating Cash Flow** | **$ -** |

**AeroThrust Holdings Aircraft and Engine Leasing, LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | - |
|  |  |
| **Operating Cash Flow** | **$ -** |

Lead Case No: 23-17503
Case No: 23-17506

**AeroThrust Holdings Leasing, LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ 5,455 |
| **Cash Receipts** | **$ 5,455** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ 5,000 |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | 5,000 |
|  |  |
| **Operating Cash Flow** | **$ 455** |

Lead Case No: 23-17503
Case No: 23-17507

**iAero 11 Investments LLC**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | - |
| **Operating Cash Flow** | **$ -** |

**iAero 11B Investments LLC**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **-** |
| **Operating Cash Flow** | **$ -** |

Lead Case No: 23-17503
Case No: 23-17509

**iAero Group Bidco Inc.**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---:|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ 54,236 |
| **Cash Receipts** | **$ 54,236** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ 376,569 |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **376,569** |
| | |
| **Operating Cash Flow** | **$ (322,333)** |

**iAero Group Holdco 6 LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | - |
|  |  |
| **Operating Cash Flow** | **$ -** |

Lead Case No: 23-17503
Case No: 23-17512

**iAero Group Intermediate Inc.**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **-** |
| **Operating Cash Flow** | **$ -** |

Lead Case No: 23-17503
Case No: 23-17513

**iAero Group Parent LLC**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **-** |
| **Operating Cash Flow** | **$ -** |

**iAero Thrust Engine Test Center, LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ 135 |
| **Cash Receipts** | **$ 135** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ 479 |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **479** |
|  |  |
| **Operating Cash Flow** | **$ (344)** |

**iAero Thrust LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ 13,587 |
| **Cash Receipts** | **$ 13,587** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ 72,532 |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **72,532** |
|  |  |
| **Operating Cash Flow** | **$ (58,945)** |

Lead Case No: 23-17503
Case No: 23-17516

**JAM Aerospace Parts, LLC**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
| | |
| **Cash Disbursements** | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **-** |
| | |
| **Operating Cash Flow** | **$ -** |

**New Swift Air Holdings, L.L.C.**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | - |
|  |  |
| **Operating Cash Flow** | **$ -** |

**Swift Air, L.L.C.**
**Schedule of Cash Receipts and Disbursements**

| | Total Petition Date Through Chapter 7 Conversion Date | |
|---|---|---|
| Customer Payments | $ | 63,471,916 |
| ACMI | $ | 33,235,322 |
| Cargo | $ | 32,316,525 |
| Charter | $ | 18,904,788 |
| DIP Funding | $ | 25,903,876 |
| Other Receipts | $ | 12,022,507 |
| **Cash Receipts** | **$** | **185,854,934** |
| | | |
| **Cash Disbursements** | | |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ | 18,160,093 |
| Wages, Salaries & Benefits | $ | 53,382,409 |
| Heavy Maintenance | $ | 10,557,052 |
| Other Maintenance | $ | 19,101,357 |
| Other Operating Expenses | $ | 60,687,208 |
| Tax Payments | $ | 5,123,325 |
| Restructuring Items | $ | 23,571,644 |
| **Total Disbursements** | | **190,583,089** |
| | | |
| **Operating Cash Flow** | **$** | **(4,728,155)** |

Lead Case No: 23-17503
Case No: 23-17519

**Swift Air Travel, LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Total Petition Date Through Chapter 7 Conversion Date |
|---|---|
| Customer Payments | $ - |
| ACMI | $ - |
| Cargo | $ - |
| Charter | $ - |
| DIP Funding | $ - |
| Other Receipts | $ - |
| **Cash Receipts** | **$ -** |
|  |  |
| **Cash Disbursements** |  |
| Aircraft Fuel, WFS, & Other Pass Through Expenses | $ - |
| Wages, Salaries & Benefits | $ - |
| Heavy Maintenance | $ - |
| Other Maintenance | $ - |
| Other Operating Expenses | $ - |
| Tax Payments | $ - |
| Restructuring Items | $ - |
| **Total Disbursements** | **-** |
|  |  |
| **Operating Cash Flow** | **$ -** |