UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 7 Cases |
|---|---|
| AEROTECH MIAMI INC. d/b/a iAero Tech, *et al.*,[1] | Case No. 23-17503-RAM |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF (I) SUMMARY OF FINAL FEE
APPLICATIONS & MOTION, AND (II) TRANSFERS TO BE
MADE FROM THE CARVE-OUT RESERVE (a/k/a THE PROFESSIONAL
FEE ESCROW) CREATED UNDER THE FINAL DIP ORDER [ECF NO. 191]**

The above-captioned debtors (collectively, the "Debtors"), by and through their undersigned chapter 11 counsel, and pursuant to the request made by the Court at the hearing held on June 13, 2024, file the attached: (i) **Exhibit A**, representing a summary with respect to the final fee applications filed by the bankruptcy professionals representing the Debtors and the Official Committee of Unsecured Creditors in the chapter 11 bankruptcy cases [ECF Nos. 657, 658, 659, 663, 664, 665, 707] and a separate motion filed by AP Services, LLC seeking approval of a "Completion Fee" (defined therein) [ECF Nos. 661, 698], to be heard by the Court at the hearing scheduled on July 9, 2024 at 10:00 a.m. (prevailing Eastern Time) [ECF No. 666], and (ii) **Exhibit B**, detailing the proposed remaining transfers to be made from the Carve-Out Reserve (a/k/a the Professional Fee Escrow) created pursuant to the *Final Order (I)*

---

[1]   The address of the Debtors is Scott N. Brown, Esq., chapter 7 trustee, c/o Bast Amron LLP, One Southeast Third Ave., Ste. 2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xvi) Swift Air Travel, LLC (3558).
13078952-5

*Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay and (V) Granting Related Relief* [ECF No. 191, as amended] (the "Final DIP Order").

Dated: June 24, 2024

Respectfully submitted,

*/s/ Christopher Andrew Jarvinen*

**KING & SPALDING LLP**
*Co-Counsel for the Chapter 11 Debtors*
Michael Fishel (admitted *pro hac vice*)
1100 Louisiana Suite 4100
Houston, TX 77002
Telephone: (212) 790-5259
Email: mfishel@kslaw.com

**BERGER SINGERMAN LLP**
*Co-Counsel for the Chapter 11 Debtors*
Paul Steven Singerman
Florida Bar No. 378860
Christopher Andrew Jarvinen
Florida Bar No. 21745
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: cjarvinen@bergersingerman.com
singerman@bergersingerman.com

13078952-5

**Exhibit A**

**EXHIBIT "A"**

| Professional and Title | Docket No. | Final Application Request: Fees | Final Application Request: Expenses | Final Application Request: Total | Total Amount of Fees & Expenses Approved: Orders Granting First Interim Fee Application (9/19/23-1/31/24) | Total Amount of Fees & Expenses Requested; Not Yet Approved [1] | Voluntary / Agreed Reductions with the US Trustee | Net Remaining Requested Amount for Approval After Agreed Reductions with the US Trustee (if applicable) | Fee & Expense Payments Received Under Interim Fee Order/Retention Order (Feb. & Mar. 2024) | Proposed Net Payment to Be Made | Source of Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | | | | | |
| **King & Spaulding LLP - Lead Counsel to the Debtors** | | | | | | | | | | | |
| Second Interim & Final Application (9/19/23 - 4/30/2024) | 657 | $5,544,067.25 | $127,475.60 | $5,671,542.85 | $3,190,224.05 | $2,481,318.80 | $75,000.00 | $2,406,318.80 | $979,624.41 | $1,426,694.39 | Carve-Out Reserve [2] |
| **Berger Singerman LLP - Co-Counsel to the Debtors** | | | | | | | | | | | |
| Second Interim & Final Application (9/19/23 - 4/30/2024) | 658 | $1,332,133.50 | $28,368.84 | $1,360,502.34 | $725,143.33 | $635,359.01 | N.A. | $635,359.01 | $248,233.24 | $387,125.77 | Bankruptcy Retainer [3] |
| **Jefferies LLC - Investment Banker to the Debtors** | | | | | | | | | | | |
| Final Application (9/19/23 - 4/30/2024) | 659 | $2,316,730.00 | $97,945.88 | $2,414,675.88 | $801,689.88 | $1,612,986.00 | See Note 4 (below) | See Note 4 (below) | $336,024.98 | $823,022.04 | Carve-Out Reserve [4] |
| **AP Services, LLC - Interim CEO and Support Personnel to the Debtors** | | | | | | | | | | | |
| Application for Approval of Completion Fee | 661 | $1,200,000.00 | N.A. | $1,200,000.00 | N.A. | N.A. | $859,906.00 | $340,094.00 | N.A. | $340,094.00 | Bankruptcy Retainer [5] |
| **COMMITTEE'S PROFESSIONALS** | | | | | | | | | | | |
| **Greenberg Traurig, P.A. - Counsel to the Official Committee of Unsecured Creditors** | | | | | | | | | | | |
| Second Interim & Final Application (10/05/23 - 4/30/2024) | 663 | $1,003,262.50 | $8,663.14 | $1,011,925.64 | $487,250.87 | $524,674.77 | N.A. | $524,674.77 | $179,367.84 | $345,600.93 | Carve-Out Reserve [6] |
| **Force 10 Partners, LLC - Financial Advisors to the Official Committee of Unsecured Creditors** | | | | | | | | | | | |
| Second Interim & Final Application (10/06/23 - 3/20/2024) | 664 | $780,935.00 | $9,603.58 | $790,538.58 | $558,944.02 | $231,594.56 | N.A. | $231,594.56 | $75,407.26 | $156,187.30 | Carve-Out Reserve [7] |
| **Genesis Credit Partners LLC - Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | | | | | | |
| First & Final Application (3/21/24 - 4/30/2024) | 665 | $61,805.00 | $2,600.12 | $64,405.12 | N.A. | $64,405.12 | N.A. | $64,405.12 | $5,332.00 | $59,073.12 | Carve-Out Reserve |
| **GRAND TOTAL:** | | **$12,238,933.25** | **$274,657.16** | **$12,513,590.41** | | | | | | | |

Notes:

(1): The amounts in this column represent the sum of (i) fee holdbacks w/r/t the first interim fee applications (covering the period from the Petition Date through 1-31-24), and (ii) monthly fees and expenses for February, March, and April, 2024.

(2): The Carve-Out Reserve is governed by the terms of the final DIP Order [*see* ECF No. 191, ¶ 15(c)].

(3): As detailed in its final fee application, Berger Singerman LLP is holding a bankruptcy retainer ($455,528.59) and an unapplied balance ($6,713.22).

(4): Prior to filing its final fee application, Jefferies LLC agreed to a reduction of $633,270.00, which is reflected in the $2,414,675.88 total amount sought in its final fee application.
  Although the remaining unpaid amount of Jefferies LLC' fees is $1,276,961.02, Jefferies LLC has agreed to accept $823,022.04 in full and final satisfaction of its fees and expenses in these cases (which reflects an additional reduction of $453,938.98).

(5): Although AP Servcies, LLC filed a motion to receive a Completition Fee (i.e., not a final fee application), AP Services, LLC has been included in this chart for administrative convenience.
  Per the notice of filing [ECF No. 698], AP Services, LLC agreed to reduce the Completion Fee to $340,094.26, representing the net amount of its bankruptcy retainer,
  which is held pursuant to this Court's order approving the retention of AP Services, LLC [ECF No. 181].

(6): Net payment amount has been revised up by $294.00, from $345,306.93 (i.e., the amount requested in the fee application) to $345,600.93, to correct for a math error in the fee application.

(7): Net payment amount has been revised up by $0.30, from $156,187.00 (i.e., the amount requested in the fee application) to $156,187.30, to correct for a math error in the fee application.

**Exhibit B**

**EXHIBIT "B"**

**AeroTech Miami Inc d/b/a iAero Tech, *et al.* , Case No. 23-17503-RAM**
**Transfers from the Carve-Out Reserve (a/k/a Professional Fee Escrow) [ECF No. 191]**

| **Carve-Out Reserve** | | | | **Notes:** |
|---|---|---|---|---|
| Carve-Out Reserve: Balance as of May 31, 2024 | $ | 3,328,588.50 | | |
| Proposed Transfer of Excess Bankruptcy Retainer ($68,402.82) and Unapplied Amount ($6,713.22) Currently Being Held by Berger Singerman LLP | $ | 75,116.04 | | Based upon Berger Singerman LLP final fee application [ECF No. 658] being approved in full by the Court and accrued/unpaid fees & expenses ($387,125.77) paid from bankruptcy retainer held by Berger Singerman LLP ($455,528.50) |
| **Total** | **$** | **3,403,704.54** | **$   3,403,704.54** | |

| **Proposed Application of Funds [with Applicable ECF Numbers]** | | | | |
|---|---|---|---|---|
| King & Spalding LLP [ECF Nos. 657, 707] | $ | (1,426,694.39) | | Original requested amount of $1,501,694.39 voluntarily reduced by $75,000.00 [ECF No. 707] |
| Berger Singerman LLP [ECF No. 658] | $ | - | | Assumes remaining accrued/unpaid fees & expenses approved by the Court ($387,125.77) paid from the bankruptcy retainer held by Berger Singerman LLP |
| Jefferies LLC [ECF No. 659] | $ | (10,231.02) | | Amount represents expenses incurred during April, 2024 |
| AP Services, LLC [ECF Nos. 661, 698] | $ | - | | AP Services, LLC has agreed to waive $21,362.50, representing the unpaid portion of its April fees which were objected to by the U.S. Trustee |
| Kroll Restructuring Administration LLC [ECF No. 78] | $ | (40,394.45) | | Net amount due in the chapter 11 cases (per Kroll (6-12-2024)) |
| Greenberg Traurig, P.A. [ECF No. 663] | $ | (345,600.93) | | Amount is $294.00 higher than reflected in the fee application to correct for a mathematical error in the final fee application |
| Force 10 Partners, LLC [ECF No. 664] | $ | (156,187.30) | | Amount is $0.30 higher than reflected in the fee application to correct for a mathematical error in the final fee application |
| Genesis Credit Partners LLC [ECF No. 665] | $ | (59,073.12) | | |
| UST Fees | $ | (253,832.31) | | Second Quarter, 2024: Per the U.S. Trustee (estimated) |
| Conversion Order Obligations & April MORs [ECF No. 625] | $ | (98,900.00) | | |
| Synovus: Sale Hearing Settlement [ECF No. 604] | $ | (200,000.00) | | Per sale hearing (*see* Transcript of 4-8-24 Hearing [ECF No. 604]; p. 38 @ 7-25; Sale Order [ECF No. 602]) |
| **Total** | **$** | **(2,590,913.52)** | **$   (2,590,913.52)** | |

| **Remaining Available Funds in the Carve-Out Reserve:** | | **$   812,791.02** | |
|---|---|---|---|

| **Revised Requested Amounts:** | | | |
|---|---|---|---|
| Jefferies LLC: M&A Transaction Fee [ECF No. 659] | $ | 812,791.02 | Although $1,276,961.02 is due on account of the M&A Transaction Fee, Jefferies has agreed to take the ending balance of the Professional Fee Escrow of $812,791.02 (i.e., the amount remaining after payment of all of the other agreed amount set forth above) in full and final satisfaction of M&A Transaction Fee. |
| AP Services, LLC: Completion Fee [ECF Nos. 661, 698] | $ | 340,094.00 | AP Services, LLC originally requested $1.2MM; voluntarily reduced to $340,094.00 & to be paid solely from bankruptcy retainer being held by AP Services, LLC |

| **Application of Remaining Available Funds in the Carve-Out Reserve:** | | | |
|---|---|---|---|
| Jefferies LLC: M&A Transaction Fee | $ | (812,791.02) | |
| AP Services, LLC: Completion Fee | | Not Applicable | |
| **Carve-Out Reserve: Ending Balance** | | **$0.00** | |