# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:**    23-17503-RAM

**Case Name:**    AEROTECH MIAMI INC.

**For Period Ending:**  06/30/2024

**Trustee Name:**    (290010) Scott N. Brown

**Date Filed (f) or Converted (c):**  05/01/2024 (c)

**§ 341(a) Meeting Date:**  06/10/2024

**Claims Bar Date:**  07/10/2024

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Closing Synovus DIP Account Balance  (u) | 0.00 | 14,934.69 | | 14,934.69 | FA |
| 2 | Potential Litigation Claims  (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 3 | Initial Chapter 7 Professional Fee Funding  (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 4 | Funds from Debtor's counsel to pay remainder of D&O Premium  (u) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| INT | INTEREST  (u) | Unknown | N/A | | 10.66 | Unknown |
| 5 | **Assets            Totals**        (Excluding unknown values) | **$0.00** | **$278,934.69** | | **$278,945.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is the Lead Case of 16 jointly administered cases
It was filed as a Chapter 11 on 9/19/23 and converted to Chapter 7 on 5/1/24.
Trustee was appointed on 5/1/24
ALL TANGIBLE  SCHEDULED ASSETS WERE SOLD PRIOR TO CONVERSION (SEE ECF NO.  602)
Trustee has retained Bast Amron LLP as general counsel and KapilaMukamal, LLP as accountants (ECF Nos. 633 & 641)
6/29/24 - Investigation is in its early  stages and ongoing

**Initial Projected Date Of Final Report (TFR):**        12/31/2025

**Current Projected Date Of Final Report (TFR):**        12/31/2025

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-17503-RAM | | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|---|
| Case Name: | AEROTECH MIAMI INC. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2242 | | Account #: | ******7218 Money Market Account |
| For Period Ending: | 06/30/2024 | | Blanket Bond (per case limit): | $49,704,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/24 | | BERGER SINGERMAN LLP | WIRE FROM BERGER SINGERMAN LLP | | 264,000.00 | | 264,000.00 |
| | {3} | | Asset # 3      $250,000.00 | 1290-000 | | | |
| | {4} | | Asset # 4      $14,000.00 | 1290-000 | | | |
| 05/09/24 | 501 | Marsh USA LLC | Client No. ******9568/ Invoice No. ********8564 Order Granting Chapter 7 Trustee, Scott N. Brown's Ex Parte Motion for Authority to Pay Balance Due to Marsh USA LLC 5/9/24 (ECF 649) | 2990-000 | | 13,238.75 | 250,761.25 |
| 05/30/24 | {1} | AEROTECH MIAMI INC | Closing DIP Account Balance | 1290-000 | 14,934.69 | | 265,695.94 |
| 05/30/24 | | Metropolitan Commercial Bank Wire Fee | Metropolitan Commercial Bank Wire Fee | 2600-000 | | 10.00 | 265,685.94 |
| 05/31/24 | | Metropolitan Commercial Bank Wire Fee Refund | Metropolitan Commercial Bank Wire Fee Refund | 2600-000 | | -10.00 | 265,695.94 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 339.73 | 265,356.21 |
| 06/17/24 | 502 | Kroll Restructuring Administration LLC | Order Granting Chapter 7 Trustee's Ex Parte Motion for Entry of Order Authorizing Trustee to Incur and Pay Costs to Kroll Restructuring Administration LLC to Serve order Limiting Notice and Establishing Notice Procedures [ECF No. 632] 5/7/24 (ECF 640) | 2990-000 | | 6,000.00 | 259,356.21 |
| 06/28/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 10.66 | | 259,366.87 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 278,945.35 | 19,578.48 | $259,366.87 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 278,945.35 | 19,578.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $278,945.35 | $19,578.48 | |

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page:  2-2

| | |
|---|---|
| **Case No.:** | 23-17503-RAM |
| **Case Name:** | AEROTECH MIAMI INC. |
| **Taxpayer ID #:** | **-***2242 |
| **For Period Ending:** | 06/30/2024 |

| | |
|---|---|
| **Trustee Name:** | Scott N. Brown (290010) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7218 Money Market Account |
| **Blanket Bond (per case limit):** | $49,704,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $278,945.35 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $278,945.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7218 Money Market Account | $278,945.35 | $19,578.48 | $259,366.87 |
| | **$278,945.35** | **$19,578.48** | **$259,366.87** |