

**ORDERED in the Southern District of Florida on July 9, 2024.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                      Chapter 7

AEROTECH MIAMI INC. d/b/a iAero Tech,                       Case No. 23-17503
*et al*.,

                                                            (Jointly Administered)

        Debtors.

_____/

In re:                                                      Chapter 7

SWIFT AIR, L.L.C.,                                          Case No. 23-17518

        Debtor.

_____/

**ORDER ON OH CAPITAL ASSETS, INC.'S**
**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

THESE CASES came before the Court for hearing on July 9, 2024 upon OH Capital Assets,

Inc.'s Application for Allowance of Administrative Expense Claim [ECF 729] (the "Application"),

and the Court having reviewed the Application and the record in cases, and having heard argument of counsel, and for the reasons set forth in the record, ORDERS:

1.      The Application is GRANTED.

2.      OH Capital Assets, Inc. is entitled to an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $624,583.94 in the case of Swift Air L.L.C., Case No. 23-17518.

3.      Payment on OH Capital Assets, Inc.'s Chapter 11 allowed administrative expense claim shall be made in accordance with the priority scheme set forth in the Bankruptcy Code if and when sufficient funds become available to pay administrative expenses.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

**Submitted by:**
Leanne McKnight Prendergast
Pierson Ferdinand LLP
12620 Beach Blvd., Ste. 3 #126
Jacksonville, FL 32246

2