**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Cases (converted) |
| | ) | |
| AEROTECH MIAMI, INC. d/b/a iAero | ) | Chapter 11 Case No: 23-17503 |
| Tech, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**REQUEST FOR ADMINISTRATIVE EXPENSE**

The Air Line Pilots Association, International ("ALPA") respectfully submits this request for administrative expense in the amount of $14,839.30 in unpaid pilot union dues, and in support of the request states as follows.

1.        ALPA is a labor organization that represents more than 78,000 pilots at 41 United States and Canadian airlines.

2.        In 2022, the National Mediation Board, a federal agency that oversees collective representation and bargaining in the airline and rail industries, certified ALPA as the collective bargaining representative of approximately 230 pilots employed by debtor Swift Air LLC d/b/a iAero Airways ("iAero").

3.        ALPA and the Debtors began bargaining and, among other things, reached a letter of agreement whereby Swift pilots who became ALPA members would have a portion of their paychecks withheld as ALPA dues, which would then be directly remitted to ALPA. In addition, pilots who wished to have portions of their paychecks withheld for other purposes, such as donations to an ALPA-sponsored political action committee or insurance provided through ALPA, would have a portion of their paycheck withheld and remitted to ALPA for

1

those purposes.  A copy of that agreement is attached hereto as Exhibit A.

4.      To facilitate the dues remittance process, iAero sent ALPA spreadsheets indicating how much it had withheld from pilot payroll for dues and other ALPA remittances on each payroll date.

5.      iAero ceased most flight operations on or about April 2, 2024.  It thereafter sent ALPA a spreadsheet indicating how much in ALPA dues and other ALPA remittances it had withheld from pilot paychecks for the April 5, 2024 payroll date, which were deducted from pilot wages earned in the March 25, 2024-April 5, 2024 payroll period.  A copy of iAero's spreadsheet is attached as Exhibit B.[1]  That document showed that a total of $14,839.30 was withheld from pilot paychecks.  IAero never remitted any of that amount to ALPA, and it is a necessary and actual costs of preserving the estate post-petition and therefore an administrative expense pursuant to 11 U.S.C. § 503.

For the reasons set forth above, ALPA respectfully requests that the Court enter an order allowing ALPA an administrative expense claim in the amount of $14,839.30.

Respectfully Submitted,

Dated:  July 10, 2024

BY:   */s/ Christina Gornail*
      Christina Gornail, Esq.
      Florida Bar No. 085922
      Phillips, Richard & Rind, P.A.
      9360 SW 72 Street, Suite 283
      Miami, FL 33173
      Telephone: 305-412-8322
      Facsimile: 305-512-8299
      *cgornail@phillipsrichard.com*

      Thomas N. Ciantra (*pro hac vice*)
      Joshua J. Ellison (*pro hac vice*)

---

[1] IAero provided the spreadsheet to ALPA in Microsoft Excel format.  Exhibit B has been formatted for conversion to PDF format and readability.

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
703-481-2468
*Thomas.Ciantra@alpa.org*
*Joshua.Ellison@alpa.org*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of parties of record via Electronic Filing generated by CM/ECF to counsel of record and the Office of the US Trustee.

*/s/ Christina Gornail*
Christina Gornail, Esq.

3