# Exhibit A

**LETTER OF AGREEMENT #1**
**between**
**iAERO AIRWAYS**
**and**
**THE AIR LINE PILOTS**
**in the service of**
**iAERO AIRWAYS**
**as represented by**
**THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

**DUES CHECK-OFF AND OTHER PAYROLL DEDUCTIONS**

A.      INTRODUCTION:

iAero Airways (the "Company") and the Air Line Pilots Association, Int'l (the "Association" or "ALPA", and collectively referred to as the "Parties") recognize the benefit from an interim process allowing Pilots to voluntarily deduct their dues, service charges, assessments, and other items from their payroll for remittance to the Association.  The Parties understand and agree that this is an interim agreement and the Parties retain the right to negotiate for a different arrangement during first collective bargaining agreement negotiations.

B.      DUES CHECK-OFF AND ASSESSMENTS:

A Pilot may elect payroll deductions for the purposes described below by completing the applicable check-off form(s) authorizing such deductions. Deductions shall begin on the first pay period occurring more than ten (10) calendar days following the Company's receipt of the electronic data files that specify the Pilot's employee number and their associated deductions.

1.      Dues: Membership dues uniformly levied, in accordance with the Constitution and Bylaws of the Association and service charges as prescribed by the Railway Labor Act, as amended.

2.      Assessments: MEC and Association assessments.

C.      VOLUNTARY CHECK-OFF PROGRAMS:

A Pilot may elect payroll deductions for the purposes described below by completing the applicable check-off form(s) authorizing such deductions. Deductions shall begin on the first pay period occurring more than ten (10) calendar days following the Company's receipt of the electronic data files that specify the Pilot's employee number and their associated deductions.

1.      ALPA-PAC: Voluntary contributions to the Air Line Pilots Association Political Action Committee (ALPA-PAC). The amount of such monthly check-off

deductions and the transmittal of such voluntary contributions shall be as specified in such forms and in conformance with any applicable state or federal statute.

2.      Insurance: Voluntary insurance premiums as specified by the Association. The amount of such monthly deductions shall be as specified in such forms and in conformance with the provisions of the applicable insurance master contracts.

D.      EARNINGS REPORTING:

The Company shall within sixty (60) days after the close of each calendar year forward electronically to the MEC Chair a complete list of all Pilots employed during the year. The list shall include each Pilot's payroll number and each Pilot's total gross earnings that are subject to dues for that year.

E.      The Parties recognize that this is an interim Letter of Agreement, and that nothing contained herein shall prevent the Parties from negotiating other provisions on similar subjects during their negotiation for a first collective bargaining agreement.

F.      This Dues Check-Off and Other Payroll Deductions Letter of Agreement shall become effective on the date signed and continue until superseded by a signed collective bargaining agreement or otherwise terminated by either Party in writing following at least sixty (60) calendar days' notice.

The Parties have signed this Dues Check-Off and Other Payroll Deductions Letter of Agreement on this ~~16th~~ 30th day of November, 2022.

For iAero Airways                                      For the Air Line Pilots Association, Int'l

_____                               _____
President                                             Joseph G. DePete, President

                                                      _____
                                                      Nathan Furrh, Chair
                                                      iAero Master Executive Council

LOA 1-2