# Exhibit B

| | | | | | | UD4 | $ 287.77 |
| | | | | | | UD8 | $ 14,551.53 |
| | | | | | | Total | $ 14,839.30 |

| Company Code | Home Department Code | Payroll Name | File Number (Pay Statements) | Gross Pay | UD4 | UD8 |
|---|---|---|---|---|---|---|
| AH1 | SA0020 | | 002611 | $ 19,362.50 | $ 0.00 | $ 358.20 |
| AH1 | SA0020 | | 000752 | $ 12,802.50 | $ 0.00 | $ 236.84 |
| AH1 | SA0020 | | 002622 | $ 14,393.50 | $ 0.00 | $ 266.28 |
| AH1 | SA0020 | | 000777 | $ 20,654.50 | $ 0.00 | $ 382.10 |
| AH1 | SA0020 | | 001849 | $ 11,067.50 | $ 0.00 | $ 204.75 |
| AH1 | SA0020 | | 001041 | $ 28,008.60 | $ 0.00 | $ 518.16 |
| AH1 | SA0020 | | 000271 | $ 15,996.00 | $ 0.00 | $ 295.93 |
| AH1 | SA0020 | | 000300 | $ 23,938.40 | $ 0.00 | $ 442.86 |
| AH1 | SA0020 | | 001970 | $ 7,112.50 | $ 0.00 | $ 131.58 |
| AH1 | SA0020 | | 002649 | $ 8,878.50 | $ 0.00 | $ 164.25 |
| AH1 | SA0020 | | 001345 | $ 8,202.50 | $ 0.00 | $ 151.74 |
| AH1 | SA0020 | | 001751 | $ 14,769.50 | $ 0.00 | $ 273.23 |
| AH1 | SA0020 | | 000198 | $ 15,792.50 | $ 0.00 | $ 292.16 |
| AH1 | SA0020 | | 001002 | $ 21,621.16 | $ 0.00 | $ 399.99 |
| AH1 | SA0020 | | 002033 | $ 11,507.50 | $ 0.00 | $ 212.89 |
| AH1 | SA0020 | | 001000 | $ 13,176.50 | $ 0.00 | $ 243.76 |
| AH1 | SA0020 | | 000753 | $ 15,065.50 | $ 0.00 | $ 278.71 |
| AH1 | SA0020 | | 002589 | $ 8,267.75 | $ 0.00 | $ 152.95 |
| AH1 | SA0020 | | 002476 | $ 7,252.50 | $ 0.00 | $ 134.17 |
| AH1 | SA0020 | | 001707 | $ 19,826.59 | $ 0.00 | $ 366.79 |
| AH1 | SA0020 | | 002370 | $ 6,612.50 | $ 0.00 | $ 122.33 |
| AH1 | SA0020 | | 000355 | $ 14,968.00 | $ 0.00 | $ 276.90 |
| AH1 | SA0020 | | 002619 | $ 14,776.42 | $ 0.00 | $ 273.37 |
| AH1 | SA0020 | | 001844 | $ 12,367.50 | $ 0.00 | $ 228.80 |
| AH1 | SA0020 | | 002541 | $ 6,752.50 | $ 0.00 | $ 124.92 |
| AH1 | SA0020 | | 002624 | $ 7,052.50 | $ 0.00 | $ 130.47 |
| AH1 | SA0020 | | 002587 | $ 10,278.50 | $ 0.00 | $ 190.15 |
| AH1 | SA0020 | | 001243 | $ 11,470.00 | $ 0.00 | $ 212.20 |
| AH1 | SA0020 | | 001043 | $ 12,515.00 | $ 0.00 | $ 231.53 |
| AH1 | SA0020 | | 002612 | $ 802.50 | $ 0.00 | $ 14.85 |
| AH1 | SA0020 | | 000331 | $ 13,948.25 | $ 0.00 | $ 258.05 |
| AH1 | SA0020 | | 001506 | $ 8,102.50 | $ 0.00 | $ 149.89 |
| AH1 | SA0020 | | 000778 | $ 24,607.30 | $ 0.00 | $ 455.23 |
| AH1 | SA0020 | | 000687 | $ 12,702.50 | $ 0.00 | $ 234.99 |

**Start Date** 04/05/2024
**End Date** 04/05/2024
**Deduction Code 1** UD4
**Deduction Code 2** UD8

| Company Code | Home Department Code | Payroll Name | File Number (Pay Statements) | Gross Pay | UD4 | UD8 |
|---|---|---|---|---|---|---|
| AH1 | SA0020 | █████████████ | 001341 | $ 17,462.00 | $ 0.00 | $ 323.05 |
| AH1 | SA0020 | █████████████ | 002542 | $ 9,831.38 | $ 0.00 | $ 181.88 |
| AH1 | SA0020 | █████████████ | 001118 | $ 13,015.00 | $ 0.00 | $ 240.78 |
| AH1 | SA0020 | █████████████ | 002097 | $ 11,848.25 | $ 0.00 | $ 219.20 |
| AH1 | SA0020 | █████████████ | 002628 | $ 19,670.74 | $ 0.00 | $ 363.91 |
| AH1 | SA0020 | █████████████ | 002096 | $ 13,107.50 | $ 0.00 | $ 242.49 |
| AH1 | SA0020 | █████████████ | 000205 | $ 21,592.60 | $ 0.00 | $ 399.47 |
| AH1 | SA0020 | █████████████ | 001758 | $ 14,167.50 | $ 0.00 | $ 262.10 |
| AH1 | SA0020 | █████████████ | 002314 | $ 7,512.50 | $ 0.00 | $ 138.98 |
| AH1 | SA0020 | █████████████ | 002217 | $ 7,035.00 | $ 0.00 | $ 130.15 |
| AH1 | SA0020 | █████████████ | 002590 | $ 6,452.50 | $ 0.00 | $ 119.37 |
| AH1 | SA0020 | █████████████ | 002221 | $ 16,923.50 | $ 0.00 | $ 313.08 |
| AH1 | SA0020 | █████████████ | 000680 | $ 13,115.00 | $ 0.00 | $ 242.63 |
| AH1 | SA0020 | █████████████ | 000941 | $ 16,492.75 | $ 0.00 | $ 305.12 |
| AH1 | SA0020 | █████████████ | 001671 | $ 12,377.50 | $ 0.00 | $ 228.98 |
| AH1 | SA0020 | █████████████ | 002421 | $ 10,262.50 | $ 0.00 | $ 189.85 |
| AH1 | SA0020 | █████████████ | 002027 | $ 17,089.54 | $ 0.00 | $ 316.16 |
| AH1 | SA0020 | █████████████ | 002474 | $ 11,186.00 | $ 0.00 | $ 206.94 |
| AH1 | SA0020 | █████████████ | 001906 | $ 6,612.50 | $ 0.00 | $ 122.33 |
| AH1 | SA0020 | █████████████ | 002326 | $ 28,947.30 | $ 0.00 | $ 535.52 |
| AH1 | SA0020 | █████████████ | 001842 | $ 19,845.75 | $ 287.77 | $ 0.00 |
| AH1 | SA0020 | █████████████ | 002374 | $ 9,912.50 | $ 0.00 | $ 183.38 |
| AH1 | SA0020 | █████████████ | 002584 | $ 14,613.92 | $ 0.00 | $ 270.36 |
| AH1 | SA0020 | █████████████ | 000556 | $ 19,283.00 | $ 0.00 | $ 356.74 |
| AH1 | SA0020 | █████████████ | 002216 | $ 13,407.50 | $ 0.00 | $ 248.04 |

Totals for Home Department Code SA0020

| Total | | | | $ 806,416.70 | $ 287.77 | $ 14,551.53 |
|---|---|---|---|---|---|---|

Totals for Company Code AH1

| Total | | | | $ 806,416.70 | $ 287.77 | $ 14,551.53 |
|---|---|---|---|---|---|---|

Grand Totals

| Total | | | | $ 806,416.70 | $ 287.77 | $ 14,551.53 |
|---|---|---|---|---|---|---|