UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>AEROTECH MIAMI INC. d/b/a iAero Tech, *et al.*,[1]<br><br>Debtors. | Chapter 7 Cases (Converted)<br><br>Case No. 23-17503-RAM<br><br>(Jointly-Administered) |

## NOTICE

PLEASE TAKE NOTICE that, pursuant to paragraph 4 of this Court's *Order Granting Motion of the Debtors for the Entry of an Order (A) Authorizing Certain Transfers from the Carve-Out Reserve, (B) Terminating the Carve-Out Reserve and Discharging and Releasing Berger Singerman LLP, in its Capacity as the Administrator of the Carve-Out Reserve, and (C) Granting Related Relief* [ECF No. 743] (the "Order"), Berger Singerman LLP hereby files this notice to state that Berger Singerman LLP has now distributed all of the funds that remained, as of July 10, 2024, in the Carve-Out Reserve[2] pursuant to the terms of the Order and other orders of the Court [ECF Nos. 740, 751, 752, 753, 754, 755], and no funds remain in the Carve-Out Reserve.

---

[1]   The address of the Debtors is Scott N. Brown, Esq., chapter 7 trustee, c/o Bast Amron, One Southeast Third Ave., Ste. 2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC  (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xvi) Swift Air Travel, LLC (3558).

[2]   Capitalized terms not explicitly defined in this notice shall have the meaning ascribed to them in the *Motion of the Debtors for the Entry of an Order (A) Authorizing Certain Transfers from the Carve-Out Reserve, (B) Terminating the Carve-Out Reserve and Discharging and Releasing Berger Singerman LLP, in its Capacity as the Administrator of the Carve-Out Reserve, and (C) Granting Related Relief* [ECF No. 719].

13144956-3

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph 4 of the Order, the following provisions of the Order are immediately effective upon the date of the filing of this notice: (i) the Carve-Out Reserve is terminated, and (ii) Berger Singerman LLP, in its capacity as the administrator of the Carve-Out Reserve, has fully discharged its duties and obligations, and is fully released and discharged, as the administrator of the Carve-Out Reserve.

Dated:  July 24, 2024                                    Respectfully submitted,

                                                        */s/ Christopher Andrew Jarvinen*

**KING & SPALDING LLP**                                 **BERGER SINGERMAN LLP**
*Co-Counsel for the Chapter 11 Debtors*                 *Co-Counsel for the Chapter 11 Debtors*
Michael Fishel (*admitted pro hac vice*)                Paul Steven Singerman
1100 Louisiana, Suite 4100                              Florida Bar No. 378860
Houston, TX 77002                                       Christopher Andrew Jarvinen
Telephone: (713) 751-3200                               Florida Bar No. 21745
Email:   mfishel@kslaw.com                              1450 Brickell Avenue, Suite 1900
                                                        Miami, FL 33131
                                                        Telephone: (305) 755-9500
                                                        Facsimile: (305) 714-4340
                                                        Email:    singerman@bergersingerman.com
                                                                  cjarvinen@bergersingerman.com

13144956-3                                2