

**ORDERED in the Southern District of Florida on August 1, 2024.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

AEROTECH MIAMI INC.
d/b/a iAero Tech, *et al.*[1],

        Debtors.

_____/

Chapter 7 Cases

Case No. 23-17503-RAM

(Jointly-Administered)

**ORDER GRANTING**
**TA CONNECTIONS DE, LLC AND TA CONNECTIONS IL, LLC APPLICATION**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

THIS MATTER came before the Court for hearing on August 1, 2004 at 11:00 am upon *TA*

*Connections DE, LLC and TA Connections IL, LLC Application for Allowance and Payment of*

---

[1] The address of the Debtors is Scott N. Brown, Esq., chapter 7 trustee, c/o Bast Amron LLP, One Southeast Third Ave., Ste. 2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xvi) Swift Air Travel, LLC (3558).

*Administrative Expense Claims* [ECF No. 738] (the "Application").  The Court, having considered the Application, the argument of counsel, the record in this case, having been advised that no party objected to the relief requested in the Application, and it appearing that notice of the Application was proper, finds good cause to grant the Application.  Accordingly, it is

ORDERED that:

1.     The Application is GRANTED.

2.     TA Connections DE, LLC shall have an allowed chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $120,719.22 in the Swift Air L.L.C. bankruptcy case, Case No. 23-17518.

3.     TA Connections IL, LLC shall have an allowed chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $2,310.68 in the Swift Air L.L.C. bankruptcy case, Case No. 23-17518.

4.     Payment on each of the chapter 11 allowed administrative expense claims authorized in paragraphs 2 and 3 herein shall be made in accordance with the priority scheme set forth in the Bankruptcy Code if and when sufficient funds become available to pay administrative expenses.

5.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### ###

Submitted by:
Jason Z. Jones, Esq.
9130 S. Dadeland Blvd., Suite 1209
Miami, FL 33156
jjones@joneslawpa.com
T: (305) 918-2299