

**ORDERED in the Southern District of Florida on August 30, 2024.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Chapter 7 Cases |
| AEROTECH MIAMI INC. d/b/a<br>iAero Tech, *et al*.,[1] | Case No. 23-17503-RAM |
| | (Jointly Administered) |
| Debtors.<br>_____/ | |

## ORDER GRANTING IN PART APPLICATION
## FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

The Court held a hearing on August 29, 2024 on the Application for Allowance of Administrative Expense [DE# 770] (the "Application") filed by Megyn-Lea Thompson (the "Movant").  For the reasons stated on the record, the Court **ORDERS** as follows:

---

[1] The address of the Debtors is 5200 Northwest 36th Street, Miami, FL 33166. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242); (ii) AeroThrust Delta PBH, LLC (6675); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451); (iv) AeroThrust Holdings Leasing, LLC (0152); (v) iAero 11 Investments LLC (9894); (vi) iAero 11B Investments LLC (6126); (vii) iAero Group Bidco Inc. (3777); (viii) iAero Group Holdco 6 LLC (6980); (ix) iAero Group Intermediate Inc. (4712); (x) iAero Group Parent LLC (0962); (xi) iAero Thrust Engine Test Center, LLC (3908); (xii) iAero Thrust LLC (8261); (xiii) JAM Aerospace Parts, LLC (2331); (xiv) New Swift Air Holdings, L.L.C. (7373); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506); and (xvi) Swift Air Travel, LLC (3558).

1.      The Application is granted in part as provided herein.

2.      Pursuant to 11 U.S.C. § 503(b), the Movant is entitled to an allowed chapter 11 administrative expense claim in the amount of $3,641.00.

3.      Pursuant to 11 U.S.C. § 507(a)(4), the Movant is entitled to an allowed priority unsecured claim in the amount of $4,409.00.

###

Copies to:

Scott N. Brown, Trustee

Megyn-Lea Thompson
2131 Canyon Court
Hebron, KY 41048