

**ORDERED in the Southern District of Florida on September 6, 2024.**

**UNITED STATES BANKI** ~~~~~~~~
**SOUTHERN DISTRICT** ~~~~~~~~
**MIAMI DIVISION**

Robert A. Mark, Judge
United States Bankruptcy Court

In re:

AeroTech Miami Inc. d/b/a iAeroTech, *et al.,*       Case No.:  23-17503-RAM

    Debtors.[1]       Chapter 7

_____/

## ORDER GRANTING AGREED MOTION BY MIAMI-DADE COUNTY, THROUGH ITS AVIATION DEPARTMENT, FOR (1) ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM AND (2) RELIEF FROM THE AUTOMATIC STAY TO APPLY CASH SECURITY TO PRE-PETITION CLAIM AGAINST DEBTOR *SWIFT AIR, LLC*

---

[1] The address of the Debtors is c/o Scott N. Brown, Trustee, 1 S.E. 3rd Avenue - #2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242; Case No. 23-17503); (ii) AeroThrust Delta PBH, LLC (6675; Case No. 23-17504); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451; Case No. 23-17505); (iv) AeroThrust Holdings Leasing, LLC (0152; Case No. 23-17506); (v) iAero 11 Investments LLC (9894; Case No. 23-17507); (vi) iAero 11B Investments LLC (6126; Case No. 23-17508); (vii) iAero Group Bidco Inc. (3777; Case No. 23-17509); (viii) iAero Group Holdco 6 LLC (6980; Case No. 23-17510);(ix) iAero Group Intermediate Inc. (4712; Case No. 23-17512); (x) iAero Group Parent LLC (0962; Case No. 2317513); (xi) iAero Thrust Engine Test Center, LLC (3908; Case No. 23-17514); (xii) iAero Thrust LLC (8261; Case No. 23-17515); (xiii) JAM Aerospace Parts, LLC (2331; Case No. 23-17516); (xiv) New Swift Air Holdings, L.L.C. (7373; Case No. 23-17517); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506; Case No. 23-17518); and (xvi) Swift Air Travel, LLC (3558; Case No. 23-17519).

This matter came before the Court on the motion by Miami-Dade County, through its Aviation Department (the "Movant"), for (1) allowance of a Chapter 11 administrative expense claim and (2) relief from the automatic stay to apply and retain cash security to satisfy its pre-petition claim against Swift Air, LLC  (ECF No. 797) (the "Motion").  The Court, having considered the Motion, and noting the Trustee's agreement to the requested relief, **ORDERS** as follows:

1.      The Motion is Granted.

2.      Pursuant to 11 U.S.C. § 503(b), the Movant is entitled to an allowed Chapter 11 administrative expense claim of $24,339.11, in the Swift Air, LLC bankruptcy case.  The payment of such allowed administrative expense claim shall be made in accordance with the priority scheme set forth in the Bankruptcy Code if and when sufficient funds become available to pay administrative expenses.

3.      Pursuant to 11 U.S.C. § 553, the Movant is authorized to retain $566,282.50 of the 572,701.77 in cash security that it is currently holding as a setoff against its pre-petition claim against Swift Air, LLC, with the balance of $6,419.27 to be returned by the Movant to the Chapter 7 estate.

###

Copy to:

Ryan C. Zagare
Assistant County Attorney
Florida Bar No. 28700
Telephone: (305) 876-7040
Facsimile: (305) 876-7294
Email: rzagare@miami-airport.com