**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

AeroTech Miami Inc. d/b/a iAeroTech, *et al.,*      Case No.:  23-17503-RAM

Debtors.[1]                                          Chapter 7

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the following Orders were served via

CM/ECF on September 9, 2024 to all parties registered to receive CM/ECF notice in this case and via

U.S. Mail on September 10, 2024 to all parties requesting mail service as reflected on the attached

mailing list:

(1) Order Granting Agreed Motion by Miami-Dade County, through its Aviation Department, for

(1) Allowance of Chapter 11 Administrative Expense Claim and (2) Relief from the Automatic

Stay to Apply Cash Security to Pre-petition Claim Against Debtor Aerotech Miami, Inc (ECF

No. 812); and

---

[1] The address of the Debtors is c/o Scott N. Brown, Trustee, 1 S.E. 3rd Avenue - #2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242; Case No. 23-17503); (ii) AeroThrust Delta PBH, LLC (6675; Case No. 23-17504); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451; Case No. 23-17505); (iv) AeroThrust Holdings Leasing, LLC (0152; Case No. 23-17506); (v) iAero 11 Investments LLC (9894; Case No. 23-17507); (vi) iAero 11B Investments LLC (6126; Case No. 23-17508); (vii) iAero Group Bidco Inc. (3777; Case No. 23-17509); (viii) iAero Group Holdco 6 LLC (6980; Case No. 23-17510);(ix) iAero Group Intermediate Inc. (4712; Case No. 23-17512); (x) iAero Group Parent LLC (0962; Case No. 2317513); (xi) iAero Thrust Engine Test Center, LLC (3908; Case No. 23-17514); (xii) iAero Thrust LLC (8261; Case No. 23-17515); (xiii) JAM Aerospace Parts, LLC (2331; Case No. 23-17516); (xiv) New Swift Air Holdings, L.L.C. (7373; Case No. 23-17517); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506; Case No. 23-17518); and (xvi) Swift Air Travel, LLC (3558; Case No. 23-17519).

(2) Order Granting Agreed Motion by Miami-Dade County, through its Aviation Department, for (1) Allowance of Chapter 11 Administrative Expense Claim and (2) Relief from the Automatic Stay to Apply Cash Security to Pre-petition Claim Against Debtor Swift Air, LLC (ECF No. 811).

Dated: September 10, 2024

Respectfully submitted,

GERALDINE BONZON-KEENAN
MIAMI-DADE COUNTY ATTORNEY
P. O. Box 025504
Miami, Florida 33102-5504

By: /s/ <u>Ryan C. Zagare</u>
Ryan C. Zagare
Assistant County Attorney
Florida Bar No. 28700
Telephone: (305) 876-7040
Facsimile: (305) 876-7294
Email: rzagare@miami-airport.com

**Mailing List**

RPMayer & Associates, LLC
N81 W5912 Orchard Drive
Cedarburg, WI 53012

James R. Tolzien
Chief Executive Officer
EALG Interim Solution, Inc. (f/k/a
Eastern Air Lines Group, Inc.)
1221 Brickell Avenue
Suite 2660
Miami, Florida 33131

Vickie M. Duncan, Esq.
Oerlikon Surface Solutions,
Americas
Attn: Legal Dept.
1101 Prospect Avenue,
Westbury, NY 11590.

S. David Sheffman,Esq
Law office of Alexis Gonzalez,P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133

Three Brothers Family Office LLC
c/o Adam Greenberg
410 Park Avenue, 22nd Floor
New York, NY 10022

High Class Aero Inc.
6991 NW 82nd Ave
Bay 11
Medley, FL 33166