EXHIBIT A

[ESN 720455]



**FAA REPAIR STATION # F7JR192Y**

INVOICE    6551

**FJ Turbine Power, Inc.**

FAA Approved Repair Station F7JR192Y

8195 West 20th Avenue

Hialeah, Florida 33014

Phone: (305) 820-8494  Fax: (305) 820-8495

## *INVOICE*

**Bill To:** AWL Leasing II, LLC
c/o Aerway Capital Management, LLC
28324 E. Main Dr.
Waterford, WI 53185-4547

| | |
|---|---|
| **Date:** | 19-Jul-23 |
| **Terms:** | AS Per GTA |
| **Work Order:** | 5550013 |
| **RO / PO:** | PO720455-01 |
| **Contact:** | Stephen Kennicott |

| Qty | DESCRIPTION | Unit Price | Total |
|---|---|---|---|
| | CFM56 Engine Testing ESN: 720455 <br> In accordance with the terms of the GTA dated        13-Jun-23 | | |
| 1 | Testing Deposit: CFM56-3 (all models) – Tests 002 & 003 (50% of $44,750.00) | $22,375.00 | $22,375.00 |

7/20/23
wire trans.

| WIRE TRANSFER INFO: | **ABA: 084000026** | **ACCT # 3183673926** | Sub-Total | $22,375.00 |
|---|---|---|---|---|
| FIRST HORIZON BANK | | **SWIFT# FTBMUS44** | | |
| 821 WEST 49 STREET, HIALEAH FL 33012 | | | | |
| CONTACT: MARIA VIGO-PEREZ VP - PH: (305) 557-6200 | | FAX: (305) 558-7342 | **TOTAL DUE** | $22,375.00 |

FJTP requires all invoice disputes to be submitted in writing with in five (5) working days from the date of the invoice. If discrepancies are handled in any other manner, FJTP reserves the right to refuse any credit for items requested. All unpaid invoices are subject to a 1.5% monthly interest charges, accrued from invoice date. All returns must have an RMA number assigned, or a re-stocking fee of 15% will be assessed. All ownership remains with F. J. Turbine Power, Inc. until paid in full. Customer shall reimburse FJTP for all reasonable cost and expenses incurred in collecting overdue accounts including reasonable attorney fees. Venue for all claims is Miami-Dade County, Florida, U.S.A.



# SHIPMENT INVOICE

| | |
|---|---|
| Invoice #: | **177935** |
| Date: | **8/15/23** |
| Service: | Truckload |

**Bill To:** AWL II C/O Aerway Capital Management
28324 East Main Drive
Waterford, WI  53185
312-933-6518

**Shipper**

Swift Air LLC
7306 W Market Street
Greensboro, NC  27409
___-___-____

**Consignee**

FJ Turbine Power Test Cell
303 Oshkosh Drive
Building 1110
Coraopolis, PA  15108
___-___-____

**Shipment Information**

| | | | |
|---|---|---|---|
| Picked up: | 8/8/23 | **Track #:** | **357789** |
| Delivered: | 8/9/23 | Equip: | Flat Bed |
| Declared Value: | | POD: | |

| Description of Freight | Class | Pieces | Dimensions LxWxH | Dimensional Weight | Actual Weight |
|---|---|---|---|---|---|
| CFM56-3 engine | | 1 | 165 x 98 x 88 | 7,335 | 9,000 |
| **Totals:** | | **1** | | **7,335** | **9,000** |

**Reference Information**

Ref #: CFM56 engine shipment

| | |
|---|---|
| Total Amount: | **$2,200.00** |
| Previous Payments: | **($2,200.00)** |
| Amount Due: | **$0.00** |

**Payment Due: Pre-Pay, Due by August 15, 2023**

*A 1.5% monthly interest charge will be applied to overdue invoices.*

Remit Payment To: Titan Services   P.O. Box 2719   Grapevine, TX  76099

Page 1 of 1

www.TitanServices.com      Office: 817-552-8000      Fax: 817-552-8006      Email: Accounting@TitanServices.com



*JET ENGINE TECHNOLOGY CORPORATION*

# Invoice

| Date | Invoice # |
|---|---|
| 1/25/2024 | **IA4636** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---|
| AWL Leasing II LLC<br>28324 E Main Dr<br>Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
| 2024-3560 | PO012524 |

| Terms |
|---|
|  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | P/N 8063-213   S/N WYG95251   MEC<br><br>SOLD IN REPAIRED CONDITION | 25,000.00 | 25,000.00 |

| | |
|---|---|
| Bank Name:      Wells Fargo Bank, N.A.<br>Bank Address:   420 Montgomery. San Francisco, CA 94104<br>ABA #:              121000248<br>Int'l Swift #:       WFBIUS6S<br>Account #:        9240823907 | |

| | |
|---|---|
| **Total US** | $25,000.00 |
| **Payments/Credits US** | $0.00 |
| **Balance Due US** | $25,000.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |



**FAA REPAIR STATION # F7JR192Y**

INVOICE    5550013-1

**FJ Turbine Power, Inc.**

FAA Approved Repair Station F7JR192Y

8195 West 20th Avenue

Hialeah, Florida 33014

Phone: (305) 820-8494  Fax: (305) 820-8495

# INVOICE

Bill To:  AWL Leasing II, LLC
c/o Aerway Capital Management, LLC
28324 E. Main Dr.
Waterford, WI 53185-4547

| | |
|---|---|
| Date: | 13-Feb-24 |
| Terms: | AS Per GTA |
| Work Order: | 5550013 |
| RO / PO: | PO720455-01 |
| Contact: | Stephen Kennicott |

| Qty | DESCRIPTION | Unit Price | Total |
|---|---|---|---|
| | CFM56 Engine Testing ESN: 720455 | | |
| | In accordance with the terms of the GTA dated    10-May-22 | | |
| 1 | Testing: CFM56-3 (all models) – Tests 002 & 003 | $ 44,750.00 | $ 44,750.00 |
| 1158 | Fuel / GL        Jet A / -A-1 | $ 5.36 | $ 6,206.88 |
| 6 | Troubleshooting Engine in Test Cell (Per Hour) | $ 1,250.00 | $ 7,500.00 |
| 1 | Re-Test: Engine Failed Previous Test - Per Run | $ 13,500.00 | $ 13,500.00 |
| 1 | Removal and replacement of MEC | $ 1,250.00 | $ 1,250.00 |
| 65 | Storage 12/4/2023 through 02/06/24 (65 Days) | $ 75.00 | $ 4,875.00 |

*Sent by wire 2/15/24*

| | | | |
|---|---|---|---|
| WIRE TRANSFER INFO:    ABA # 084000026 | ACCT # 3183673926 | Sub-Total | $78,081.88 |
| FIRST HORIZON BANK | SWIFT # FTBMUS44 | Deposit Paid | ($22,375.00) |
| 821 WEST 49 STREET, HIALEAH FL 33012 | | | |
| CONTACT: MARIA VIGO-PEREZ VP - PH: (305) 557-6200 | FAX: (305) 558-7342 | TOTAL DUE | $55,706.88 |

FJTP requires all invoice disputes to be submitted in writing with in five (5) working days from the date of the invoice.
If discrepancies are handled in any other manner, FJTP reserves the right to refuse any credit for items requested.
All unpaid invoices are subject to a 1.5% monthly interest charges, accrued from invoice date. All returns must have
an RMA number assigned, or a re-stocking fee of 15% will be assessed. All ownership remains with F. J. Turbine Power, Inc.
until paid in full. Customer shall reimburse FJTP for all reasonable cost and expenses incurred in collecting overdue
accounts including reasonable attorney fees. Venue for all claims is Miami-Dade County, Florida, U.S.A.

# Vulcan Aviation

| | | |
|---|---|---|
| **2608 Rock Oak Court** | **954-931-2655** | **Ish @VulcanAviation.US** |
| **Raleigh , NC 27613** | | |

| | | | | |
|---|---|---|---|---|
| Bill To: | **Aerway Leasing** | Phone: | Invoice No: | 24002 |
| Address: | | Fax: | Invoice Date: | 5-May-2024 |
| | Attn: Stephen Kenicott | Email: | | |

Invoice For: Trouble Shoot Manage / Test Cell  ESN: 720-455

| Item # | Description | Qty | Unit Price | Discount | Price |
|---|---|---|---|---|---|
| 1 | Borescope Inspection | 1 | $ 2,100.00 | | $ 2,100.00 |
| 2 | Trouble Shoot GSO | 2 | $ 1,500.00 | | $ 3,000.00 |
| 3 | Travel Time/ GSO / Mileage | 360 | $ 0.67 | | $ 241.20 |
| 4 | Test Cell Oversite | 4 | $ 950.00 | | $ 3,800.00 |
| 5 | Travel Time PIT | 2 | $ 750.00 | | $ 1,500.00 |
| 6 | Expense | 1 | $ 5,759.57 | | $ 5,759.57 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |

**Make all checks payable to Vulcan Aviation LLC**

**Wire Transfer :**                              **Bank**
**Of America**                              **026009593**
**Account: 237048571966**

**Zelli : Bank of America : Ismael Obaydi**
**Mobile 954-931-2655**

| | |
|---|---|
| Invoice Subtotal | $ 16,400.77 |
| Tax Rate | |
| Sales Tax | $ - |
| Other | |
| Deposit Received | |
| **TOTAL** | **$ 16,400.77** |

**MD Turbines Logistics, Inc.**
3850 W 108th St
Hialeah, FL  33018 USA
+3622111
cindy@mdturbines.com



# INVOICE

**BILL TO**
Aerway Leasing, LLC
28324 E Main Dr
Waterford, WI  53185

**INVOICE #** 21609
**DATE** 05/07/2024
**DUE DATE** 06/06/2024
**TERMS** Net 30

| CONSIGNEE | MD W/O # |
|---|---|
| Jet | 33652 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 04/24/2024 | **shipping**<br>Shipping/Transportation Charges for One (1) CFM56-3 Engine ESN 720455 from FJ Turbine Power Test Cell/ Coraopolis, PA to Jet/ Doral, FL | 3,000.00 |

Please remit payment to:
Wells Fargo
Beneficiary:  MD Turbines Logistics, Inc.
Acct #1935948933
ABA #121000248

**BALANCE DUE**              **$3,000.00**



**JET ENGINE TECHNOLOGY CORPORATION**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2024 | **IA4844** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---------|
| AWL Leasing II LLC
28324 E Main Dr
Waterford, WI 53185 |

| W.O. | PO / RO No. |
|------|-------------|
|      | PO05101 |

| Terms |
|-------|
|       |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | ESN 720455 BSI/Inventory | 4,450.00 | 4,450.00 |

| Bank Name: | Wells Fargo Bank, N.A. |
|---|---|
| Bank Address: | 420 Montgomery. San Francisco, CA 94104 |
| ABA #: | 121000248 |
| Int'l Swift #: | WFBIUS6S |
| Account #: | 9240823907 |

| | |
|---|---|
| **Total US** | $4,450.00 |
| **Payments/Credits US** | $0.00 |
| **Balance Due US** | $4,450.00 |

| Phone # | Fax # | E-mail | Website |
|---------|-------|--------|---------|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |



# Invoice

| Date | Invoice # |
|---|---|
| 7/17/2024 | **IA4942** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---|
| AWL Leasing II LLC<br>28324 E Main Dr<br>Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
|  |  |

| Terms |
|---|
|  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ESN 720455 CFM56-3B2<br><br>Initial 35% Deposit | 149,625.00 | 149,625.00 |

| Bank Name: | Wells Fargo Bank, N.A. |
|---|---|
| Bank Address: | 420 Montgomery. San Francisco, CA 94104 |
| ABA #: | 121000248 |
| Int'l Swift #: | WFBIUS6S |
| Account #: | 9240823907 |

| | |
|---|---|
| **Total US Dollars** | $149,625.00 |
| **Payments/Credits US Dollars** | $0.00 |
| **Balance Due US Dollars** | $149,625.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |



# Invoice

JET ENGINE TECHNOLOGY CORPORATION

| Date | Invoice # |
|---|---|
| 9/4/2024 | **IA5044** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---|
| AWL Leasing II LLC
28324 E Main Dr
Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
| | |

| Terms |
|---|
| |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ESN 720455 CFM56-3B2<br><br>Second Deposit | 149,625.00 | 149,625.00 |

Bank Name:       Wells Fargo Bank, N.A.
Bank Address:    420 Montgomery. San Francisco, CA 94104
ABA #:              121000248
Int'l Swift #:      WFBIUS6S
Account #:        9240823907

| | |
|---|---|
| **Total US Dollars** | $149,625.00 |
| **Payments/Credits US Dollars** | $0.00 |
| **Balance Due US Dollars** | $149,625.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |