**EXHIBIT B**

[ESN 721681]



1501 E. Woodfield Road
Suite 210E
Schaumburg, IL 60173
800.323.1235

| DATE | BILL NUMBER |
|---|---|
| 1/15/2024 | 3917964aerway |

| PAYOR | ORIGIN | DESTINATION |
|---|---|---|
| CRPD | MIA | GSO |

| DESCRIPTION | AMOUNT |
|---|---|
| Freight Charges | $3,250.00 |
| Dec Value | $0.00 |
| Fuel Surcharge | $100.00 |

AERWAY LEASING
28324 E. MAIN

WATERFORD,WI  53185

POD Info: 1/16/2024    11:00    not legible

| **TOTAL AMOUNT DUE** | $3,350.00 |
|---|---|

| SHIPPER | SHIPPER REFERENCE | RECEIVER | RECEIVER REFERENCE |
|---|---|---|---|
| | JET ENGINE TECHNOLOGY COR<br>8855 NW 35TH LANE<br><br>DORAL,FL  33172 | | SWIFT/ I AERO AIRWAYS<br>202 CENTREPORT DRIVE SU<br><br>GREENSBORO,NC  27409 |

*721681*
*engine stand*

| PIECES | WEIGHT | DESCRIPTION | PIECES | LENGTH | WIDTH | HEIGHT | DIM WT. | SERVICE REQUESTED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1300 | | 1 | 107 | 60 | 74 | 2449 | Hot Shot<br>(Inv Date: 1/18/2024) |

| | | DECLARED VALUE | $0.00 |
|---|---|---|---|

| 1 | 1300 | TOTALS | | CHARGEABLE WEIGHT | 2449 |
|---|---|---|---|---|---|

This invoice is subject to the terms and conditions as shown at **www.sekologistics.com**
PLEASE RETURN BOTTOM PORTION WITH PAYMENT

Hawb Re-Weigh = YES

PLEASE REMIT TO:



P.O. BOX 71141 CHICAGO, IL 60694-1141

**ACH/ WIRE PAYMENTS**
**HARRIS BANK NA**
**ACCOUNT# 402-876-7**
**ABA# 071000288**
**SWIFT CODE:  HATRUS44**

AERW53185

| BILL NUMBER |
|---|
| 3917964aerway |

| TOTAL AMOUNT DUE |
|---|
| $3,350.00 |

Terms Net 15

1 of 1

## VIEW CCD PAYMENT
Use this page to view the details of Corporate Credit or Debit payment.

## PAYMENT INFORMATION

| | |
|---|---|
| Company Entry Description | SEKO |
| Originating Account | 2914563586 - AWL II - Owl Creek - Checking |
| Originating ACH Company ID | 1474913446 - AWL LEASING 586 |
| Company Discretionary Data | Bill 3917964aerway |
| Payment Number | MWD0JDSX2R |
| Effective Date | 02/12/2024 |
| Frequency | One-Time Only |

## RECIPIENTS

| Recipient Name ▲ Recipient ID | Bank ID ▲ Bank Name | Account Number ▲ Account Type | Amount ▲ | CR/DR | Disc. Data | Status Prenote Expiry | Addenda |
|---|---|---|---|---|---|---|---|
| SEKO SEKO | 071000288 BMO BANK NA | 4028767 Checking | $ 2,400.00 | Credit | | Active | |

| TOTAL RECIPIENTS | 1 | TOTAL CREDIT AMOUNT | $ 2,400.00 |
|---|---|---|---|

**MD Turbines Logistics, Inc.**
3850 W. 108TH ST SUITE 15
HIALEAH, FL  33018
(305)362-2111
cindy@mdturbines.com



# INVOICE

**BILL TO**
Aerway, LLC
28324 E Main Dr
Waterford, WI  53185

**INVOICE #** 21243
**DATE** 03/21/2024
**DUE DATE** 04/20/2024
**TERMS** Net 30

| CONSIGNEE | MD W/O # |
|---|---|
| Jet Engine Technology | 35849 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 03/19/2024 | **shipping**<br>Shipping/Transportation Charges for One (1) Engine ESN 721681 from Swift Air/ Greensboro, NC to Jet Engine Technology/ Doral, FL | 3,000.00 |

Please remit payment to:
Wells Fargo
Beneficiary:  MD Turbines Logistics, Inc.
Acct #1935948933
ABA #121000248

**BALANCE DUE**

# $3,000.00

# Vulcan Aviation

| **2608 Rock Oak Court** | **954-931-2655** | **Ish @VulcanAviation.US** |
| --- | --- | --- |
| **Raleigh , NC 27613** | | |

| Bill To: | **Aerway Leasing** | Phone: | | Invoice No: | 24001 |
| --- | --- | --- | --- | --- | --- |
| Address: | | Fax: | | Invoice Date: | 5-May-2024 |
| | Attn: Stephen Kenicott | Email: | | | |

Invoice For: Borescope Lease Return
ESN: 721-681

| Item # | Description | Qty | Unit Price | Discount | Price |
| --- | --- | --- | --- | --- | --- |
| 1 | Borescope Inspection | 1 | $ 4,200.00 | | $ 4,200.00 |
| 2 | Expenses / Mileage | 180 | $ 0.67 | | $ 120.60 |
| 3 | Travel Time | | | | $ - |
| 4 | | | | | $ - |
| 5 | | | | | $ - |
| 6 | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |

**Make all checks payable to Vulcan Aviation LLC**

**Wire Transfer :**                                    **Bank**
**Of America**                                    **026009593**
**Account: 237048571966**

**Zelli : Bank of America : Ismael Obaydi**
**Mobile 954-931-2655**

| | |
| --- | --- |
| Invoice Subtotal | $ 4,320.60 |
| Tax Rate | |
| Sales Tax | $ - |
| Other | |
| Deposit Received | |
| **TOTAL** | **$ 4,320.60** |



# Invoice

| Date | Invoice # |
|---|---|
| 5/2/2024 | **IA4814** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---|
| AWL Leasing II LLC
28324 E Main Dr
Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
|  |  |

| Terms |
|---|
|  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | CFM56-3B2 ESN 721681 | 90,000.00 | 90,000.00 |

| | |
|---|---|
| Bank Name:    Wells Fargo Bank, N.A. | |
| Bank Address:   420 Montgomery. San Francisco, CA 94104 | |
| ABA #:          121000248 | |
| Int'l Swift #:      WFBIUS6S | |
| Account #:       9240823907 | |

| | |
|---|---|
| **Total US** | $90,000.00 |
| **Payments/Credits US** | $0.00 |
| **Balance Due US** | $90,000.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |



**JET ENGINE TECHNOLOGY CORPORATION**

# Invoice

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Date | Invoice # |
|---|---|
| 7/1/2024 | **IA4917** |

| Bill To |
|---|
| AWL Leasing II LLC<br>28324 E Main Dr<br>Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
|  | PO05104 |

| Terms |
|---|
|  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | CFM56-3B2 ESN 721681 | 68,000.00 | 68,000.00 |

| Bank Name: | Wells Fargo Bank, N.A. |
|---|---|
| Bank Address: | 420 Montgomery. San Francisco, CA 94104 |
| ABA #: | 121000248 |
| Int'l Swift #: | WFBIUS6S |
| Account #: | 9240823907 |

| | |
|---|---|
| **Total US Dollars** | $68,000.00 |
| **Payments/Credits US Dollars** | $0.00 |
| **Balance Due US Dollars** | $68,000.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |