**EXHIBIT C**

[ESN 858192]

**Service Aero Solutions, LLC**

8135 W. Tangerine Road
Marana, AZ  85658
+1 5204657706
Info@sasbsi.com
sasbsi.com



## INVOICE

BILL TO
Aerway Leasing LLC
452 N Ashland Ave
Chicago, IL  60622 USA

| | |
|---|---|
| INVOICE | WO-01-24-2578INV |
| DATE | 02/21/2024 |
| TERMS | Due on receipt |
| DUE DATE | 02/21/2024 |

LOCATION
MZJ



| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **BSI CFM56-3**<br>CFM56-3 \| AC REG: N430XA \| MSN: 25430 \| ESN: 858192<br>Gas Path Video Borescope Inspection to include: Low Pressure Compressor Blades Stages 1,2,3,4,<br>High Pressure Compressor Blades Stages 1,2,3,4,5,6,7,8,9, High Pressure Turbine Blades and Nozzle<br>Guide Vanes (360 degree), Combustion Chamber, Low Pressure Turbine Blades Stages 1,2,3,4, and<br>Low Pressure Turbine Nozzle Guide Vanes Stages 1 (360 degree) and 2. | 1 | 3,450.00 | 3,450.00 |
| **FAA/EASA Dual Release 8130**<br>FAA/EASA Dual Release 8130 | 1 | 250.00 | 250.00 |
| **360 Degree LPT1 NGV**<br>Detailed Video Borescope inspection of LPT NGV per AMM | 1 | 250.00 | 250.00 |
| **HPT 1 NGV  TE and Shroud 360 Degree Inspection**<br>HPT1 Shrouds and NGV Trailing edge 360 Degree Inspection | 1 | 250.00 | 250.00 |

JP Morgan Chase Bank
WIRE INFO: ACCOUNT #: 272280758
ROUTING #:  122100024
SWIFT #   CHASUS33

**BALANCE DUE**          **$4,200.00**

*pd wire 2/21/24*

It is expressly agreed that there are no warranties expressed, implied, statutory, or otherwise; including, but not limited to, warranties of airworthiness, merchantability, or fitness for intended use for work done or material furnished here under, and in no event will Service Aero Solutions, LLC. be responsible for any incidental, resultant, or consequential damages.
Page 1 of 1

# Work Package Invoice



24641 E Pinal Air Park Road Marana, AZ 85653
Phone: 520-682-4181

| | |
|---|---|
| **Invoice #:** | **I44013** |
| **Work Package #:** | FL2172 |
| **Tail #:** | N626SW |
| **Serial #:** | 27702 |
| **Invoice Date:** | 3/31/2024 |

**Invoice Address:**

AERWAY LEASING LLC
28324 EAST MAIN
WATERFORD, WI 53185

**Delivery Address:**

AERWAY LEASING LLC
28324 EAST MAIN
WATERFORD, WI 53185

| | | | |
|---|---|---|---|
| **Ref #:** | | **Phone #:** 312-933-6518 | **Terms:** NET 30 |
| **Code:** ALL7 | | **Fax #:** | |
| | | **Email:** | |

| DESCRIPTION | AMOUNT |
|---|---|
| **Bill Estimate ASA** | |

| | |
|---|---|
| **Labor:** | $1,800.00 |
| **Parts:** | $24.78 |
| **Total:** | $1,824.78 |

| | |
|---|---|
| **Labor Total:** | $1,800.00 |
| **Parts Total:** | $24.78 |
| **Outside Repair Total:** | $0.00 |
| **Misc Total:** | $0.00 |
| **Consumable Charge Total:** | $270.00 |
| **Subtotal:** | $2,094.78 |
| **Tax Total:** | $0.00 |
| **Total:** | **$2,094.78** |

Beneficiary Name:                        Marana Aerospace Solutions,
                                                       DBA Ascent Aviation Services
Beneficiary Account Number:         4944128651
Bank Round Number (Domestic):    121000248
Bank ACH Routing Number:           121000248
Bank Routing/Swift Code (Int'l):     WFBIUS6S

Receiving Bank Name:                   Wells Fargo Bank
Receiving Bank Address:                420 Montgomery Street
Receiving Bank City/State/Zip:       San Francisco, CA 94104

**Date Printed:** 3/21/2024

**Invoice #: I44013**

**Customer: AERWAY LEASING LLC**

Page: 2

## Bill Estimate ASA

| | | |
|---|---:|---:|
| | Labor: | **$1,800.00** |
| | Parts: | **$24.78** |

**Task:  30001    Open, Close and Support Video Borescope Inspection by Customer Vendor (SAS) on ESN 858192, RH Pos**

| **Labor** | SKILL | HOURS | EXT PRICE |
|---|---|---:|---:|
| | A&P | 24 | $1,800.00 |
| | | | $0.00 |
| | | **Labor Total:** | $1,800.00 |

| **Parts** | PN/DESCRIPTION | QTY | EXT PRICE |
|---|---|---:|---:|
| | 02316   LPS PENETRANT KB-88 | 1 | $24.78 |
| | | **Parts Total:** | $24.78 |
| | | **Task 30001 Total:** | **$1,824.78** |

| | | **Bill Estimate ASA Total:** | **$1,824.78** |
|---|---|---|---|

| DESCRIPTION | QTY | EXT PRICE |
|---|---:|---:|
| Production Support 7% | 1 | $126.00 |
| Inspection Buyback 8% | 1 | $144.00 |
| **WP FL2172 Subtotal:** | | **$2,094.78** |

**Date Printed:** 3/21/2024

**NextGen Aero Support, LLC**

525 S 83rd Ave
Tolleson, AZ  85353 US
kim@nextgenaerosupport.com



# INVOICE

| BILL TO | | INVOICE | 29230-7 |
|---|---|---|---|
| Aerway Leasing | | DATE | 03/20/2024 |
| 452 N Ashland Ave | | TERMS | Due on receipt |
| Chicago, IL  60622 | | DUE DATE | 03/20/2024 |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Lease of Stand or equipment | CFM56-3 Engine Stand Lease 30 days | 1 | 4,500.00 | 4,500.00 |

Please remit payment to
Next Gen Aero Support, LLC Bank of America-Nashville,
TN
ACH# 064000020 ABA# 026009593
ACCT # 444016662713

**BALANCE DUE**                    **$4,500.00**

*Stand for 858192*

*4/9/24 - wired funds*

**NextGen Aero Support, LLC**

525 S 83rd Ave
Tolleson, AZ  85353 US
kim@nextgenaerosupport.com



# INVOICE

| BILL TO | | INVOICE | 29230-29 |
|---|---|---|---|
| Aerway Leasing | | DATE | 05/01/2024 |
| 452 N Ashland Ave | | TERMS | Due on receipt |
| Chicago, IL  60622 | | DUE DATE | 05/01/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Lease of Stand or equipment | CFM56-3 Engine Stand Lease 30 days from 4-3-2024 to 5/02/2024 | 1 | 4,500.00 | 4,500.00 |

Please remit payment to
Next Gen Aero Support, LLC Bank of America-Nashville, TN
ACH# 064000020 ABA# 026009593
ACCT # 444016662713

**BALANCE DUE**          **$4,500.00**

**MD Turbines Logistics, Inc.**
3850 W. 108TH ST SUITE 15
HIALEAH, FL  33018
(305)362-2111
cindy@mdturbines.com



# INVOICE

**BILL TO**
Aerway, LLC
28324 E Main Dr
Waterford, WI  53185

**INVOICE #** 21271
**DATE** 03/26/2024
**DUE DATE** 04/25/2024
**TERMS** Net 30

| **CONSIGNEE** | **MD W/O #** |
| --- | --- |
| Jet Engine Technology | 36434 |

| DATE | ACTIVITY | AMOUNT |
| --- | --- | --- |
| 03/18/2024 | **shipping**<br>Shipping/Transportation Charges for One (1) CFM56 Aircraft Engine ESN 858192 and One (1) Engine Stand SN 117B from Ascent Aviation Services/ Marana, AZ to Jet Engine Technology/ Doral, FL | 5,500.00 |

Please remit payment to:
Wells Fargo
Beneficiary:  MD Turbines Logistics, Inc.
Acct #1935948933
ABA #121000248

**BALANCE DUE**        **$5,500.00**



**JET ENGINE TECHNOLOGY CORPORATION**

*AWL II*

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/8/2024 | **IA4768** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---------|
| AWL Leasing II LLC<br>28324 E Main Dr<br>Waterford, WI 53185 |

| W.O. | PO / RO No. |
|------|-------------|
|      |             |

| Terms |
|-------|
|       |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | ESN 858192  CFM56-3C1 | 45,000.00 | 45,000.00 |
| 1 | MPA Run | 35,000.00 | 35,000.00 |

TOP case repair

4/17/24 - sent wire

| | |
|---|---|
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery. San Francisco, CA 94104 |
| ABA #: | 121000248 |
| Int'l Swift #: | WFBIUS6S |
| Account #: | 9240823907 |

| | |
|---|---|
| **Total US** | $80,000.00 |
| **Payments/Credits US** | $0.00 |
| **Balance Due US** | $80,000.00 |

| Phone # | Fax # | E-mail | Website |
|---------|-------|--------|---------|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |



**JET ENGINE TECHNOLOGY CORPORATION**

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2024 | **IA4843** |

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA  #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Bill To |
|---|
| AWL Leasing II LLC
28324 E Main Dr
Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
|  |  |

| Terms |
|---|
|  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | CFM56-3C1   ESN 858192<br><br>Additional Labor<br>- Replace CSD Oil Seal<br>- Replace 2ea. Fan Blades<br>- Fan Blade Mapping and Lube<br>- Replace T-2 Sensor | 6,500.00 | 6,500.00 |
| 1 | Material<br>- CSD Oil Seal<br>- 2ea. Fan Blades<br>- T-2 Sensor<br>- Rear Spinner Cone (Exchange) | 9,500.00 | 9,500.00 |
| 1 | On-wing Outgoing BSI | 2,500.00 | 2,500.00 |

Bank Name:      Wells Fargo Bank, N.A.
Bank Address:   420 Montgomery. San Francisco, CA 94104
ABA #:             121000248
Int'l Swift #:      WFBIUS6S
Account #:        9240823907

| | |
|---|---|
| **Total US** | $18,500.00 |
| **Payments/Credits US** | $0.00 |
| **Balance Due US** | $18,500.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |

**MD Turbines Logistics, Inc.**
3850 W 108th St
Hialeah, FL  33018 USA
+3622111
cindy@mdturbines.com



# INVOICE

**BILL TO**
Aerway Leasing, LLC
28324 E Main Dr
Waterford, WI  53185

**INVOICE #** 21768
**DATE** 05/22/2024
**DUE DATE** 06/21/2024
**TERMS** Net 30

**CONSIGNEE**
NextGen Aero

**MD W/O #**
38927

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/09/2024 | shipping<br>Shipping/Transportation Charges for One (1) Empty Engine Stand SN: 117B<br>from Jet Engine Technology/ Doral, FL to NextGen Aero/ Tolleson, AZ | 3,000.00 |

Please remit payment to:
Wells Fargo
Beneficiary:  MD Turbines Logistics, Inc.
Acct #1935948933
ABA #121000248

**BALANCE DUE**　　**$3,000.00**