# EXHIBIT D

[ESN 727144]

**MD Turbines Logistics, Inc.**
3850 W 108th St
Hialeah, FL  33018 USA
+3622111
cindy@mdturbines.com



# INVOICE

| BILL TO | | |
|---|---|---|
| Aerway, LLC | **INVOICE #** | 21519 |
| 28324 E Main Dr | **DATE** | 04/23/2024 |
| Waterford, WI  53185 | **DUE DATE** | 05/23/2024 |
| | **TERMS** | Net 30 |

| CONSIGNEE | MD W/O # |
|---|---|
| Jet Engine Technoogy | 31869 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 04/22/2024 | shipping<br>Shipping/Transportation Charges for One (1) CFM56 Engine ESN 727144 from Aero Airways/ Alexandria, LA to Jet Engine Technology/ Doral, FL | 3,800.00 |

Please remit payment to:
Wells Fargo
Beneficiary:  MD Turbines Logistics, Inc.
Acct #1935948933
ABA #121000248

**BALANCE DUE**      **$3,800.00**



**JET ENGINE TECHNOLOGY CORPORATION**

# Invoice

7980 NW 33rd St
Doral, FL 33122
FAA Repair Station Certificate
FAA   #J9GR1140
EASA  #145.6313
ANAC # 0901-02

| Date | Invoice # |
|---|---|
| 5/10/2024 | **IA4845** |

| Bill To |
|---|
| AWL Leasing II LLC
28324 E Main Dr
Waterford, WI 53185 |

| W.O. | PO / RO No. |
|---|---|
| | PO05102 |

| Terms |
|---|
| |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | ESN 727144 BSI/Inventory | 4,450.00 | 4,450.00 |

| Bank Name: | Wells Fargo Bank, N.A. | | |
|---|---|---|---|
| Bank Address: | 420 Montgomery. San Francisco, CA 94104 | | |
| ABA #: | 121000248 | | |
| Int'l Swift #: | WFBIUS6S | | |
| Account #: | 9240823907 | | |

| | |
|---|---|
| **Total US** | $4,450.00 |
| **Payments/Credits US** | $0.00 |
| **Balance Due US** | $4,450.00 |

| Phone # | Fax # | E-mail | Website |
|---|---|---|---|
| 305-477-7489 | 305-477-0542 | accounting@jetc.info | www.jetc.info |