**EXHIBIT E**

Pre-Petition and Post-Petition Rent and Utilization Fees

| Engine: 721681 | Inv Date | Inv# | | |
|---|---|---|---|---|
| iAero 721681 - Aug Util | 09/08/23 | 721681-17 | 9,627.50 | Pre-petition |
| iAero 721681 - True Up Chg | 10/05/23 | 721681-18 | 23,714.80 | |
| iAero 721681 - Sept Util - partial balance | 10/06/23 | 721681-19 | 7,345.91 | |
| iAero 721681 - Credit Memo | 10/06/23 | 721681-20CM | -18,659.95 | |
| iAero 721681 - Corrected Inv $ balance | 01/11/24 | 721681-23 | 1,622.57 | (paid 834.49 - Oct-Dec portion) |
| | | | 23,650.83 | |
| Accrued Interest thru 8/25/24 | | | 1,873.94 | Interest |
| | | | 25,524.77 | **Pre-petition Balance Due** |
| | | | | |
| | | | | |
| iAero 721681 - Final True Up (Apr 2023-Jan 2024) bal | 01/25/24 | 721681-25 | 12,344.12 | Pd partial 9,568.51 2-19-24 - **NOT pre-petition** |
| Accrued Interest thru 8/25/24 | | | 662.83 | Interest |
| | | | 13,006.95 | **Post-petition Balance due** |
| | | | | |

# Engine - 858192

| | Inv Date | Inv# | | |
|---|---|---|---|---|
| iAero 858192 - Aug Util | 09/08/23 | 858192-19 | 16,154.85 | Pre-petition |
| iAero 858192 - Sept rent balance | 09/08/23 | 858192-20 | 1,666.67 | |
| iAero 858192 - Sept Util balance | 10/06/23 | 858192-21 | 519.17 | |
| | 11/08/23 | 858192-23 | 3,556.71 | |
| iAero 858192 - True Up chgs (Oct 2022 - Sept 2023) | 12/15/23 | 858192-28 | 15,985.35 | |
| | | | 37,882.75 | |
| Accrued Interest thru 8/15/24 | | | 2,799.04 | |
| | | | **40,681.79** | **Pre-petition Balance Due** |
| | | | | |
| iAero 858192 - Feb Util | 05/07/24 | 858192-32 | 577.83 | |
| iAero 858192 - Final rent 2/15-4/29/24 | 05/07/24 | 858192-33 | 25,000.00 | |
| | | | **25,577.83** | |
| Accrued Interest thru 8/7/24 | | | 579.83 | |
| | | | 26,157.66 | **Post-petition Balance due** |

# Engine: 727144

| | Inv Date | Inv# | | |
|---|---|---|---|---|
| iAero 727144 - True Up Chg 2022 | 10/06/23 | 727144-13 | 11,364.50 | Pre-petition |
| Accrued Interest thru 8/12/24 | | | 881.69 | Interest |
| | | | 12,246.19 | **Pre-petition Balance Due** |
| | | | | |
| iAero 727144 - Feb 2024 usage per Amendment | 03/07/24 | 727144-17 | 15,000.00 | |
| iAero 727144 - Jan 2024 usage balance per Amendment | 03/12/24 | 727144-18 | 8,260.20 | |
| iAero 727144 - March 2024 usage per Amendment | 04/11/24 | 727144-19 | 15,000.00 | |
| | | | 38,260.20 | Balance due |
| Accrued Interest thru 8/12/24 | | | 1,340.53 | Interest |
| | | | 39,600.73 | **Post-petition Balance due** |