**EXHIBIT F**

Legal Fees and Expenses

| LAW FIRM | LEGAL FEES AND EXPENSES | PRE CONVERSION PORTION | POST CONVERSION PORTION |
|---|---|---|---|
| Carlton Fields* | $131,852.40 | $75,663.30 | $56,189.10 |
| Kulowiec Jorquera & Whalen, LLP** | $24,680.00 | $19,840.00 | $4,840.00 |
| TOTAL LEGAL FEES AND EXPENSES: | $156,532.40 | $95,503.30 | $61,029.10 |

*Legal Fees and Expenses through September 30, 2024; additional legal fees and expenses to be invoiced.

** Legal Fees and Expenses through June 30, 2024; additional legal fees and expenses to be invoiced.