

**ORDERED in the Southern District of Florida on October 24, 2024.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**AEROTECH MIAMI INC. d/b/a iAero Tech,**
***et al.*,[1]**

Debtors. _____/

Chapter 7 Cases (Converted)

Case No. 23-17503-RAM
(Jointly Administered)

**ORDER GRANTING TRUSTEE, SCOTT N. BROWN'S MOTION FOR AUTHORITY
TO MAKE DISTRIBUTION TO SECURED CREDITOR, SYNOVUS BANK,
<u>PURSUANT TO TERMS OF SALE ORDER</u>**

---

[1] The address of the Debtors is c/o Scott N. Brown, Chapter 7 trustee, 1 S.E. 3rd Avenue - #2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242; Case No. 23-17503); (ii) AeroThrust Delta PBH, LLC (6675; Case No. 23-17504); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451; Case No. 23-17505); (iv) AeroThrust Holdings Leasing, LLC (0152; Case No. 23-17506); (v) iAero 11 Investments LLC (9894; Case No. 23-17507); (vi) iAero 11B Investments LLC (6126; Case No. 23-17508); (vii) iAero Group Bidco Inc. (3777; Case No. 23-17509); (viii) iAero Group Holdco 6 LLC (6980; Case No. 23-17510);(ix) iAero Group Intermediate Inc. (4712; Case No. 23-17512); (x) iAero Group Parent LLC (0962; Case No. 2317513); (xi) iAero Thrust Engine Test Center, LLC (3908; Case No. 23-17514); (xii) iAero Thrust LLC (8261; Case No. 23-17515); (xiii) JAM Aerospace Parts, LLC (2331; Case No. 23-17516); (xiv) New Swift Air Holdings, L.L.C. (7373; Case No. 23-17517); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506; Case No. 23-17518); and (xvi) Swift Air Travel, LLC (3558; Case No. 23-17519).

00843852.DOCX

Case No. 23-17503-BKC-RAM
(Jointly Administered)

**THIS CAUSE** having come before the Court on October 24, 2024 at 11:30 a.m. upon *Trustee, Scott N. Brown's Motion for Authority to Make Distribution to Secured Creditor, Synovus Bank, Pursuant to Terms of Sale Order* (ECF No. 824)(the "Motion"),[2] and the Court, having reviewed (i) the Motion, (ii) Par. 39 of this Court's *Order (I) Approving Stalking Horse APA and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens Except For Permitted Liens and Assumed Liabilities, and (III) Granting Related Relief* (ECF No. 602)(the "Sale Order"), and (iii) the Court file; having heard argument of Trustee's counsel and Synovus' counsel; having noted that no objections to the relief requested in the Motion were filed or made at the hearing; having determined that good cause exists for granting the requested relief; having determined that the requested relief is in the best interests of this Estate; being otherwise fully advised in the premises; and for the reasons set forth in the Motion and on the record at the hearing, which are incorporated herein by reference, it is

**ORDERED** as follows:

1.      For the reasons set forth in the Motion and on the record at the hearing, which are incorporated herein by reference, the Motion is **GRANTED**.

2.      For the reasons set forth in the Motion and on the record at the hearing, which are incorporated herein by reference, the Trustee is authorized to immediately make a $948,000.00 distribution to Synovus Bank ("Synovus")(the "Synovus Distribution") to pay off the outstanding balance of the (i) Second Interim Synovus DIP ($798,000) and (ii) Initial Synovus Funding ($150,000), pursuant to the terms of the Sale Order.

---

[2] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

Case No. 23-17503-BKC-RAM<br>(Jointly Administered)

3.      The Trustee is authorized to pay the Synovus Distribution as follows: (i) $53,762.87 from the iAero Thrust Engine Test Center, LLC estate (Case No. 23-17514-RAM), and (ii) $894,237.13 from the Swift Air L.L.C. estate (Case No. 23-17518-RAM).

###

Submitted by:

Scott N. Brown, Esquire
BAST AMRON LLP
*General Counsel for Trustee, Scott N. Brown*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone:  305.379.7904
Email: sbrown@bastamron.com

Copy furnished to:
Scott N. Brown, Esq.
Attorney Brown is hereby directed to serve a copy of this Order on all interested parties entitled to notice pursuant to the Court's *Amended Order Granting Trustee, Scott N. Brown's Ex Parte Motion for Entry of Order to Limit Notice and Establish Notice Procedures* (ECF No. 716) and file a Certificate of Service.