# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:  1-1

**Case No.:**  23-17503-RAM

**Case Name:**  AEROTECH MIAMI INC.

**Trustee Name:**  (290010) Scott N. Brown

**Date Filed (f) or Converted (c):**  05/01/2024 (c)

**§ 341(a) Meeting Date:**  06/10/2024

**For Period Ending:**  06/30/2025

**Claims Bar Date:**  07/10/2024

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Closing Synovus DIP Account Balance  (u) | 0.00 | 14,934.69 | | 14,934.69 | FA |
| 2 | Potential Litigation Claims  (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 3 | Initial Chapter 7 Professional Fee Funding  (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 4 | Funds from Debtor's counsel to pay remainder of D&O Premium  (u) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 5 | unscheduled refund from Cintas Corp.  (u) | 0.00 | 785.53 | | 785.53 | FA |
| 6 | Work Comp. Insurance premium Refunds  (u) | 0.00 | 6,667.60 | | 6,667.60 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 1,311.65 | Unknown |
| 7 | **Assets          Totals**       (Excluding unknown values) | **$0.00** | **$286,388.82** | | **$287,699.47** | **$1.00** |

**Major Activities Affecting Case Closing:**

This is the Lead Case of 16 jointly administered cases

It was filed as a Chapter 11 on 9/19/23 and converted to Chapter 7 on 5/1/24.

Trustee was appointed on 5/1/24

ALL TANGIBLE  SCHEDULED ASSETS WERE SOLD PRIOR TO CONVERSION (SEE ECF NO.  602)

Trustee has retained Bast Amron LLP as general counsel and KapilaMukamal, LLP as accountants (ECF Nos. 633 & 641)

6/29/24 - Investigation is in its early  stages and ongoing

9/16/24 - Trustee retained Brett Amron and Bast Amron as special litigation counsel  on a contingency fee basis to investigate potential recovery opportunities including potential avoidance claims and potential D&O Claim (ECF No. 819)

10/15/24 - Trustee was authorized to make interim distribution of $948,000 to secured creditor, Synovus (ECF No. 847)

2/10/25 - Investigation and analysis of potential recovery opportunities ongoing

5/14/25 - Investigation ongoing. Trustee, through special counsel,  is investigating and pursuing potential preference claims and  investigating potential D&O claims

6/30/25 - Investigation ongoing. Trustee, through special counsel,  is investigating and pursuing potential preference claims and  investigating potential D&O claims

**Initial Projected Date Of Final Report (TFR):**      12/31/2025

**Current Projected Date Of Final Report (TFR):**      12/31/2025

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-17503-RAM | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | AEROTECH MIAMI INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2242 | Account #: | ******7218 Money Market Account |
| For Period Ending: | 06/30/2025 | Blanket Bond (per case limit): | $48,818,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/24 | | BERGER SINGERMAN LLP | Initial Chapter 7 Professional Fee carve-out pursuant to ECF No. 602, Par.37 | | 264,000.00 | | 264,000.00 |
| | {3} | | Asset # 3 $250,000.00 | 1290-000 | | | |
| | {4} | | Asset # 4 $14,000.00 | 1290-000 | | | |
| 05/09/24 | 501 | Marsh USA LLC | Client No. ******9568/ Invoice No. ********8564 Order Granting Chapter 7 Trustee, Scott N. Brown's Ex Parte Motion for Authority to Pay Balance Due to Marsh USA LLC 5/9/24 (ECF 649) | 2990-000 | | 13,238.75 | 250,761.25 |
| 05/30/24 | {1} | AEROTECH MIAMI INC | Closing DIP Account Balance | 1290-000 | 14,934.69 | | 265,695.94 |
| 05/30/24 | | Metropolitan Commercial Bank Wire Fee | Metropolitan Commercial Bank Wire Fee | 2600-000 | | 10.00 | 265,685.94 |
| 05/31/24 | | Metropolitan Commercial Bank Wire Fee Refund | Metropolitan Commercial Bank Wire Fee Refund | 2600-000 | | -10.00 | 265,695.94 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 339.73 | 265,356.21 |
| 06/17/24 | 502 | Kroll Restructuring Administration LLC | Order Granting Chapter 7 Trustee's Ex Parte Motion for Entry of Order Authorizing Trustee to Incur and Pay Costs to Kroll Restructuring Administration LLC to Serve order Limiting Notice and Establishing Notice Procedures [ECF No. 632] 5/7/24 (ECF 640) | 2990-000 | | 6,000.00 | 259,356.21 |
| 06/28/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 10.66 | | 259,366.87 |
| 07/01/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 303.77 | | 259,670.64 |
| 07/23/24 | {5} | Cintas Corp | unscheduled refund (u) | 1290-000 | 785.53 | | 260,456.17 |
| 07/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 352.39 | | 260,808.56 |
| 08/30/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 321.54 | | 261,130.10 |
| 09/12/24 | 503 | Scott N. Brown as Chapter 7 Trustee of Swift Air, L.L.C. | Order Granting Trustee's Ex Parte Motion for Authority to Transfer Initial Chapter 7 Professional Fee Carveout Funds From Aerotech Estate Bank Account to Swift Air Estate Bank Account 9/9/24 (ECF 813) | 9999-000 | | 250,000.00 | 11,130.10 |
| 09/30/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 147.74 | | 11,277.84 |
| 10/11/24 | {6} | Starr Insurance Company | Work Comp. Insurance premium Refunds | 1290-000 | 6,667.60 | | 17,945.44 |
| 10/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 20.12 | | 17,965.56 |
| 11/29/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 21.41 | | 17,986.97 |
| 12/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 22.18 | | 18,009.15 |

Page Subtotals: $287,587.63    $269,578.48

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | |
|---|---|---|
| Case No.: | 23-17503-RAM | |
| Case Name: | AEROTECH MIAMI INC. | |
| Taxpayer ID #: | **-***2242 | |
| For Period Ending: | 06/30/2025 | |

| | | |
|---|---|---|
| Trustee Name: | Scott N. Brown (290010) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******7218 Money Market Account | |
| Blanket Bond (per case limit): | $48,818,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.12 | | 18,028.27 |
| 02/07/25 | 504 | International Sureties, Ltd. | Ch. 7 Blanket Bond #612419186 | 2300-000 | | 15.13 | 18,013.14 |
| 02/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 17.28 | | 18,030.42 |
| 03/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.14 | | 18,049.56 |
| 04/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 18.54 | | 18,068.10 |
| 05/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 18.56 | | 18,086.66 |
| 06/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.20 | | 18,105.86 |

| | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 287,699.47 | 269,593.61 | $18,105.86 |
| Less: Bank Transfers/CDs | 0.00 | 250,000.00 | |
| Subtotal | 287,699.47 | 19,593.61 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $287,699.47 | $19,593.61 | |

*{ } Asset Reference(s)*                                                                                     *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-17503-RAM | **Trustee Name:** | Scott N. Brown (290010) |
| **Case Name:** | AEROTECH MIAMI INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2242 | **Account #:** | ******7218 Money Market Account |
| **For Period Ending:** | 06/30/2025 | **Blanket Bond (per case limit):** | $48,818,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $287,699.47 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $287,699.47 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7218 Money Market Account | $287,699.47 | $19,593.61 | $18,105.86 |
| | **$287,699.47** | **$19,593.61** | **$18,105.86** |