# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:  1-1

**Case No.:**  23-17503-RAM

**Case Name:**  AEROTECH MIAMI INC.

**For Period Ending:**  06/30/2026

**Trustee Name:**  (290010) Scott N. Brown

**Date Filed (f) or Converted (c):**  05/01/2024 (c)

**§ 341(a) Meeting Date:**  06/10/2024

**Claims Bar Date:**  07/10/2024

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Closing Synovus DIP Account Balance  (u) | 0.00 | 14,934.69 | | 14,934.69 | FA |
| 2 | Potential Litigation Claims  (u) | 0.00 | 1.00 | | 0.00 | FA |
| 3 | Initial Chapter 7 Professional Fee Funding  (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 4 | Funds from Debtor's counsel to pay remainder of D&O Premium  (u) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 5 | unscheduled refund from Cintas Corp.  (u) | 0.00 | 785.53 | | 785.53 | FA |
| 6 | Work Comp. Insurance premium Refunds  (u) | 0.00 | 6,667.60 | | 6,667.60 | FA |
| 7 | Claims against Debtor's former officers and directors  (u) <br><br> Motion to Compromise Controversy with Former Officers and Directors of Debtors, with Mutual General Release, in addition to Motion for Payment of Contingency Fee to Bast Amron LLP from Settlement Funds 6/16/26 (ECF 1056) | 0.00 | 5,500,000.00 | | 0.00 | 5,500,000.00 |
| INT | INTEREST (u) | Unknown | N/A | | 1,469.35 | Unknown |
| 8 | **Assets          Totals**        (Excluding unknown values) | **$0.00** | **$5,786,388.82** | | **$287,857.17** | **$5,500,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:**   23-17503-RAM

**Case Name:**   AEROTECH MIAMI INC.

**For Period Ending:**   06/30/2026

**Trustee Name:**   (290010) Scott N. Brown

**Date Filed (f) or Converted (c):**   05/01/2024 (c)

**§ 341(a) Meeting Date:**   06/10/2024

**Claims Bar Date:**   07/10/2024

**Major Activities Affecting Case Closing:**

This is the Lead Case of 16 jointly administered cases
It was filed as a Chapter 11 on 9/19/23 and converted to Chapter 7 on 5/1/24.
Trustee was appointed on 5/1/24
ALL TANGIBLE  SCHEDULED ASSETS WERE SOLD PRIOR TO CONVERSION (SEE ECF NO.  602)
Trustee has retained Bast Amron LLP as general counsel and KapilaMukamal, LLP as accountants (ECF Nos. 633 & 641)
6/29/24 - Investigation is in its early  stages and ongoing
9/16/24 - Trustee retained Brett Amron and Bast Amron as special litigation counsel  on a contingency fee basis to investigate potential recovery opportunities including potential avoidance claims and potential D&O Claim (ECF No. 819)
10/15/24 - Trustee was authorized to make interim distribution of $948,000 to secured creditor, Synovus (ECF No. 847)
2/10/25 - Investigation and analysis of potential recovery opportunities ongoing
5/14/25 - Investigation ongoing. Trustee, through special counsel,  is investigating and pursuing potential preference claims and  investigating potential D&O claims
6/30/25 - Investigation ongoing. Trustee, through special counsel,  is investigating and pursuing potential preference claims and  investigating potential D&O claims
10/29/25 - Investigation and recovery efforts ongoing; multiple preference claims have been settled - see docket
Adversary complaints filed against select targets (see Adv. Proc 25-1300-1305)
Trustee has entered into Tolling Agreement and Mediation Protocols with respect to potential D&O claims
1/28/26 - Investigation, prosecution and settlement discussions with respect to avoidance claims remains ongoing - numerous settlement have been filed and approved - See, e.g., ECF Nos.  944-948, 976-980, 998-1001
Mediation with respect to potential D&O claims to take place in New  York in March 2026 (see ECF 1003-04)
4/20/26 - Trustee, through counsel, settled potential avoidance claims with (i) Solutia, Inc for $60,000 (ECF No. 1046), and (ii) Elite Team Logistics for $50,000 (ECF No. 1047)
4/24/26 - Mediation of potential D&O claim is ongoing
4/24/26 - Litigation against Classic Air & Seven Seas Aero is ongoing (see Adv. Proc. 25-1300 & 25-1301-RAM)
6/16/26 - Motion to approve $5.5 Million settlement with Debtor's former officers and directors filed. Hearing scheduled for 7/15/26 (ECF No. 1059).
Mediation of Seven Seas & Classic Air Charter adversary proceedings scheduled for 7/11/2026
6/26/26 - Review of Chapter 11 administrative expense claims in process

**Initial Projected Date Of Final Report (TFR):**   12/31/2025        **Current Projected Date Of Final Report (TFR):**   12/31/2026

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| Case No.: | 23-17503-RAM | |
| Case Name: | AEROTECH MIAMI INC. | |
| Taxpayer ID #: | **-***2242 | |
| For Period Ending: | 06/30/2026 | |

| | | |
|---|---|---|
| Trustee Name: | Scott N. Brown (290010) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******7218 Money Market Account |
| Blanket Bond (per case limit): | $59,803,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/24 | | BERGER SINGERMAN LLP | Initial Chapter 7 Professional Fee carve-out pursuant to ECF No. 602, Par.37 | | 264,000.00 | | 264,000.00 |
| | {3} | | Asset # 3 $250,000.00 | 1290-000 | | | |
| | {4} | | Asset # 4 $14,000.00 | 1290-000 | | | |
| 05/09/24 | 501 | Marsh USA LLC | Client No. ******9568/ Invoice No. ********8564 Order Granting Chapter 7 Trustee, Scott N. Brown's Ex Parte Motion for Authority to Pay Balance Due to Marsh USA LLC 5/9/24 (ECF 649) | 2990-000 | | 13,238.75 | 250,761.25 |
| 05/30/24 | {1} | AEROTECH MIAMI INC | Closing DIP Account Balance | 1290-000 | 14,934.69 | | 265,695.94 |
| 05/30/24 | | Metropolitan Commercial Bank Wire Fee | Metropolitan Commercial Bank Wire Fee | 2600-000 | | 10.00 | 265,685.94 |
| 05/31/24 | | Metropolitan Commercial Bank Wire Fee Refund | Metropolitan Commercial Bank Wire Fee Refund | 2600-000 | | -10.00 | 265,695.94 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 339.73 | 265,356.21 |
| 06/17/24 | 502 | Kroll Restructuring Administration LLC | Order Granting Chapter 7 Trustee's Ex Parte Motion for Entry of Order Authorizing Trustee to Incur and Pay Costs to Kroll Restructuring Administration LLC to Serve order Limiting Notice and Establishing Notice Procedures [ECF No. 632] 5/7/24 (ECF 640) | 2990-000 | | 6,000.00 | 259,356.21 |
| 06/28/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 10.66 | | 259,366.87 |
| 07/01/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 303.77 | | 259,670.64 |
| 07/23/24 | {5} | Cintas Corp | unscheduled refund (u) | 1290-000 | 785.53 | | 260,456.17 |
| 07/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 352.39 | | 260,808.56 |
| 08/30/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 321.54 | | 261,130.10 |
| 09/12/24 | 503 | Scott N. Brown as Chapter 7 Trustee of Swift Air, L.L.C. | Order Granting Trustee's Ex Parte Motion for Authority to Transfer Initial Chapter 7 Professional Fee Carveout Funds From Aerotech Estate Bank Account to Swift Air Estate Bank Account 9/9/24 (ECF 813) | 9999-000 | | 250,000.00 | 11,130.10 |
| 09/30/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 147.74 | | 11,277.84 |
| 10/11/24 | {6} | Starr Insurance Company | Work Comp. Insurance premium Refunds | 1290-000 | 6,667.60 | | 17,945.44 |
| 10/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 20.12 | | 17,965.56 |
| 11/29/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 21.41 | | 17,986.97 |
| 12/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 22.18 | | 18,009.15 |

Page Subtotals:     $287,587.63     $269,578.48

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 23-17503-RAM | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | AEROTECH MIAMI INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2242 | Account #: | ******7218 Money Market Account |
| For Period Ending: | 06/30/2026 | Blanket Bond (per case limit): | $59,803,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.12 | | 18,028.27 |
| 02/07/25 | 504 | International Sureties, Ltd. | Ch. 7 Blanket Bond #612419186 | 2300-000 | | 15.13 | 18,013.14 |
| 02/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 17.28 | | 18,030.42 |
| 03/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.14 | | 18,049.56 |
| 04/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 18.54 | | 18,068.10 |
| 05/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 18.56 | | 18,086.66 |
| 06/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.20 | | 18,105.86 |
| 07/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.22 | | 18,125.08 |
| 08/29/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 18.00 | | 18,143.08 |
| 09/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19.29 | | 18,162.37 |
| 10/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 17.66 | | 18,180.03 |
| 11/04/25 | 505 | BAST AMRON LLP | Order Granting Bast Amron LLP's Motion for Entry of Order Authorizing Payment of Contingency Fee to Special Litigation Counsel for Non-Settlement Recoveries Obtained During the Period from August 20,2024 through September 30, 2025 [ECF No. 954] as Supplemented by ECF No. 965 11/30/25 (ECF 976) | 3991-000 | | 2,333.66 | 15,846.37 |
| 11/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 12.41 | | 15,858.78 |
| 12/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 12.17 | | 15,870.95 |
| 01/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 9.78 | | 15,880.73 |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 25.43 | 15,855.30 |
| 02/27/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 9.12 | | 15,864.42 |
| 02/27/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.71 | 15,840.71 |
| 03/31/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 10.42 | | 15,851.13 |
| 03/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 27.07 | 15,824.06 |
| 04/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 9.75 | | 15,833.81 |
| 04/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 25.35 | 15,808.46 |
| 05/15/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 4.87 | | 15,813.33 |
| 05/29/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.49 | 15,788.84 |
| 05/31/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 5.20 | | 15,794.04 |

Page Subtotals:     $259.73     $2,474.84

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 23-17503-RAM | | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|---|
| Case Name: | AEROTECH MIAMI INC. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2242 | | Account #: | ******7218 Money Market Account |
| For Period Ending: | 06/30/2026 | | Blanket Bond (per case limit): | $59,803,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/01/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -126.05 | 15,920.09 |
| 06/30/26 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 9.81 | | 15,929.90 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 287,857.17 | 271,927.27 | $15,929.90 |
| Less: Bank Transfers/CDs | 0.00 | 250,000.00 | |
| Subtotal | 287,857.17 | 21,927.27 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $287,857.17 | $21,927.27 | |

{ } Asset Reference(s)                                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page:  2-4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 23-17503-RAM | | **Trustee Name:** | Scott N. Brown (290010) |
| **Case Name:** | AEROTECH MIAMI INC. | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2242 | | **Account #:** | ******7218 Money Market Account |
| **For Period Ending:** | 06/30/2026 | | **Blanket Bond (per case limit):** | $59,803,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $287,857.17 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $287,857.17 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7218 Money Market Account | $287,857.17 | $21,927.27 | $15,929.90 |
| | **$287,857.17** | **$21,927.27** | **$15,929.90** |