UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                      Chapter 7 Cases (Converted)

AEROTECH MIAMI INC. d/b/a iAero Tech,          Case No. 23-17503-RAM
*et al.*, [1]                                              (Substantively Consolidated)

      Debtors.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of the *Order Granting Trustee, Scott N. Brown's Motion (A) to Approve Agreement to Compromise Controversy and Mutual General Release Between Trustee and Former Officers and Directors of Debtors, and (B) for Payment of Contingency Fee to Bast Amron LLP From Settlement Funds* (ECF No. 1063), was furnished on July 16, 2026, as follows:

Via CM/ECF to;

- **AIS Portfolio Services LP (Sharma)**   amit.sharma@aisinfo.com
- **Magda Abdo-Gomez**   maggie@magtaxatty.com
- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Brett M Amron**   bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,sroque@bastamron.com
- **John Arrastia**   jarrastia@continentalpllc.com, hgray@continentalpllc.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Nicholas B. Bangos**   nick@nbbpa.com, bazban13@gmail.com
- **James O Birr**   jbirr@jimersonfirm.com
- **Sara Lynne Brauner**   sbrauner@akingump.com, nymco@akingump.com
- **Christopher Broussard**   cbrouss.law@gmail.com, cbrouss.law@gmail.com
- **Austin B Calhoun**   acalhoun@lesaklaw.com, sbraswell@lesaklaw.com;jfarber@lesaklaw.com

---

[1] The address of the Debtors is c/o Scott N. Brown, Trustee, 1 S.E. 3rd Avenue - #2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242; Case No. 23-17503); (ii) AeroThrust Delta PBH, LLC (6675; Case No. 23-17504); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451; Case No. 23-17505); (iv) AeroThrust Holdings Leasing, LLC (0152; Case No. 23-17506); (v) iAero 11 Investments LLC (9894; Case No. 23-17507); (vi) iAero 11B Investments LLC (6126; Case No. 23-17508); (vii) iAero Group Bidco Inc. (3777; Case No. 23-17509); (viii) iAero Group Holdco 6 LLC (6980; Case No. 23-17510);(ix) iAero Group Intermediate Inc. (4712; Case No. 23-17512); (x) iAero Group Parent LLC (0962; Case No. 2317513); (xi) iAero Thrust Engine Test Center, LLC (3908; Case No. 23-17514); (xii) iAero Thrust LLC (8261; Case No. 23-17515); (xiii) JAM Aerospace Parts, LLC (2331; Case No. 23-17516); (xiv) New Swift Air Holdings, L.L.C. (7373; Case No. 23-17517); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506; Case No. 23-17518); and (xvi) Swift Air Travel, LLC (3558; Case No. 23-17519).

Case No. 23-17503-RAM
(Substantively Consolidated)

- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Angelo M Castaldi**    acastaldi@continentalpllc.com
- **Philip D. Dublin**    pdublin@akingump.com, nymco@akingump.com
- **Lara Roeske Fernandez**    lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com
- **Michael Fishel**    michael@FishelLawGroup.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Christina S Gornail**    cgornail@phillipsrichard.com, mmcdougald@phillipsrichard.com
- **Jessika A Graham**    jgraham@wsh-law.com, lmartinez@wsh-law.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Monique D Hayes**    monique@dgimlaw.com, moniquedhayes@gmail.com;colleen@dgimlaw.com;monique123@ecf.courtdrive.com;monique@dgimlaw.com
- **Nicole Grimal Helmstetter**    nhelmstetter@joneswalker.com, mgreen@joneswalker.com;ksantacruz@joneswalker.com;nicole-helmstetter-8102@ecf.pacerpro.com
- **Kevin Hoyos**    hoyosk@gtlaw.com, perezan@gtlaw.com;miaecfbky@gtlaw.com
- **John B. Hutton III**    huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com
- **Christopher A Jarvinen**    cjarvinen@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Jonathan H Kaskel**    jonathan.kaskel@dentons.com, nancy.salazar@dentons.com,docket.general.lit.atl@dentons.com
- **Peter J Klock**    pklock@bastamron.com, jmiranda@bastamron.com;eService@bastamron.com;mhernandez@bastamron.com
- **Gerard M Kouri Jr.**    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Jeffrey T. Kucera**    jeffrey.kucera@klgates.com, etna.medina@klgates.com;docketing.east@klgates.com
- **Meghhaa Kumaarr**    mmahajan@aglawpa.com, la@aglawpa.com
- **John J Lamoureux**    jlamoureux@carltonfields.com, delliott@carltonfields.com;tpaecf@cfdom.net
- **Linda M Leali**    lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com
- **Isaac M Marcushamer**    isaac@marcushamer.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **Glenn D Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jnunez@venable.com;imalcolm@ecf.courtdrive.com;btraina@venable.com

Case No. 23-17503-RAM
(Substantively Consolidated)

- **Barry E. Mukamal**    bemtrustee@kapilamukamal.com
- **Ari Newman**    newmanar@gtlaw.com,
  perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Nicholas E Pantelopoulos**    nep@kmazuckert.com
- **Jennifer C. Pratt**    JCPratt@Prada.law, jcprattlaw@gmail.com
- **Leanne McKnight Prendergast**    Leanne.Prendergast@pierferd.com,
  l3annemp@gmail.com
- **Lauren Baio Pultro**    lauren.pultro@arlaw.com,
  ari.martinez@arlaw.com;jessica.bowers@arlaw.com
- **Dana R Quick**    dquick@bastamron.com,
  jmiranda@bastamron.com;mdesvergunat@bastamron.com;eService@bastamron.com
- **Alexis S Read**    asr@alexisreadlaw.com, asr@readlawpllc.com
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com
- **Eric A Rosen**    erosen@fowler-white.com, CAfilings@fowler-white.com
- **Mark Alan Salzberg**    mark.salzberg@squirepb.com,
  shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **Theodore Sandler**    tsandler@sandlerlawpa.com
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Adam Louis Schwartz**    aschwartz@vedderprice.com, adam-schwartz-5802@ecf.pacerpro.com,ecfmidocket@vedderprice.com,wthorsness@vedderprice.com,mjedelman@vedderprice.com
- **Peter E. Shapiro**    pshapiro@shapirolawpa.com,
  shapiro.peterr101923@notify.bestcase.com
- **Stanley David Sheffman**    dsheffman@aglawpa.com, la@aglawpa.com
- **Zach B Shelomith**    zbs@shelomith.law,
  info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com
- **Ira Scot Silverstein**    iss@lgplaw.com, de@lgplaw.com
- **Paul Steven Singerman**    singerman@bergersingerman.com,
  hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Gavin N Stewart**    bk@stewartlegalgroup.com
- **Jesus M Suarez**    Jsuarez@continentalpllc.com, ggutstein@continentalpllc.com
- **Raychelle A Tasher**    Raychelle.Tasher@lewisbrisbois.com,
  bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov
- **Katerina Anna Tonkinson**    ktonkinson@bastamron.com,
  jmiranda@bastamron.com;sroque@bastamron.com
- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov
- **Jeffrey Heath Wood**    jeff.wood@bakerbotts.com
- **Ryan C Zagare**    rzagare@miami-airport.com, rmartin@miami-airport.com

4933-4122-4381, v. 2

Case No. 23-17503-RAM
(Substantively Consolidated)

- **Zachary Z Zermay** zach@zermaylaw.com

And via U.S. Mail to: (i) all parties that requested mail service pursuant to the terms of the *Second Amended Order Granting Trustee, Scott N. Brown's Second Ex Parte Motion for Entry of Order to Limit Notice and Establish Notice Procedures* (ECF No. 874), and (ii) all parties entitled to service pursuant to this Court's *Order Granting Trustee, Scott N. Brown's Motion for Entry of Order to Limit Notice and Establish Notice Procedures on Trustee, Scott N. Brown's Motion (A) to Approve Agreement to Compromise Controversy and Mutual General Release Between Trustee and Former Officers and Directors of Debtors, and (B) for Payment of Contingency Fee to Bast Amron LLP From Settlement Funds* (ECF No. 1058), as listed on the attached following pages.

Respectfully submitted,

Bast Amron LLP
*Special Litigation Counsel to the Trustee,*
*Scott N. Brown*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: 305.379.7904
Email: bamron@bastamron.com
Email: dquick@bastamron.com

By: */s/ Dana R. Quick*
      Brett M. Amron, Esq. (FBN 148342)
      Dana R. Quick, Esq. (FBN 0074402)

4933-4122-4381, v. 2

RPMayer & Associates, LLC
N81 W5912 Orchard Drive
Cedarburg, WI 53012

James R. Tolzien
Chief Executive Officer
EALG Interim Solution, Inc. (f/k/a
Eastern Air Lines Group, Inc.)
1395 Brickell Avenue, Suite 960
Miami, Florida   33131

Vickie M. Duncan, Esq.
Oerlikon Surface Solutions,
Americas
Attn: Legal Dept.
1101 Prospect Avenue,
Westbury, NY 11590.

S. David Sheffman, Esq
Law office of Alexis Gonzalez, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133

Three Brothers Family Office LLC
c/o Adam Greenberg
410 Park Avenue, 22nd Floor
New York, NY 10022

High Class Aero Inc.
6991 NW 82nd Ave
Bay 11
Medley, FL 33166

KMA ZUCKERT LLP
c/o Nicholas E. Pantelopoulos, Esq
355 Alhambra Circle, Suite 1201
Coral Gables, FL 33134

City of Philadelphia Law Department
Tax Litigation & Collections Unit
c/o Megan N. Harper
1401 JFK Blvd., 5th Fl.
Philadelphia, PA 19102

00814892.DOCX
4898-3936-0352, v. 1

Miami-Dade Office of the Tax Collector
200 NW 2nd Avenue Suite #430
Miami, FL 33128

Josue E. Lopez
3703 Botanical Way
Sanford, FL 32773-6531

Magnum AirDynamics
c/o Shapiro Law
8551 West Sunrise Boulevard,
Plantation, FL 33322

Geoffrey T. Raicht, PC
99 Biltmore Avenue
Suite 122
Rye, NY 10580

Brent S. Furrow
885 Malibu Way
Edwardsville, IL 62025

Uniserv Aviation Inc
Saul Gonzalez
8522 NW 66th Street
Miami, FL 33166

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

James Steven Mueller
3332 Kings Church Road
Taylorsville, KY 40071

ROSARIO SEREI
808 PECAN RIDGE CIRCLE
KERNERSVILLE, NC 27284

Melissa Kaminski
124 ROQUEMORE RD
Clemmons, NC 27012

MIS Choice, Inc.
300 N Martingale Rd.
Ste 250
Schaumburg, IL 60173

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

Trevor Southard Reed
12929 MCFADDEN WAY
SAN ANTONIO, TX 78254

SEBR CENTREPORT 202, LLC
C/O DEEP RIVER COMMERCIAL
PROP
PO BOX 49579
GREENSBORO, NC 27419

USDA APHIS
250 MARQUETTE AVE
MINNEAPOLIS, MN 55401

ProDIGIQ, Inc.
26500 W Agoura Rd
Ste 102 796
Calabasas, CA 91302

PITTSBURGH PENGUINS LP
C/O MIKE DONADIO
1001 FIFTH AVENUE
PITTSBURGH, PA 15219

STS LINE MAINTENANCE
PO BOX 890927
CHARLOTTE, NC 28289-0927

AEROTECH MIAMI INC.
PO BOX 520657
MIAMI, FL 33152

Vector Airport Systems LLC
dba Vector PLANEPASS
280 Sunset Park Drive,
Herndon, VA 20170

PricewaterhouseCoopers LLP
Attn: Jill Bienstock, Senior
Managing Director
400 Campus Drive
Florham Park, NJ 07932

Jerreld Schilling
18211 Bulverde Rd #10304
San Antonio, TX, 78259

AERSALE, INC.
255 ALHAMBRA CIR STE 435
CORAL GABLES, FL 33134

Ford Motor Credit Company, LLC
Dept 55953 P.O. Box 55000
Detroit, MI 48255

Owl Creek Asset Management, L.P.,
its affiliated funds,and its subsidiary
AWL Leasing II, LLC
Carlton Fields PA J Lamoureux
PO Box 3239
Tampa, FL 33601

Charter Intelligence Pty Ltd
691 John Wesley Dobbs Ave NE
Ste v-133
Atlanta, GA 30312

Veryon, LLC
382 NE 191ST ST
Suite 42403
MIAMI, FL 33179

Rosario D. Serei
808 Pecan Ridge Circle
Kenersville, NC 27284

SEBR CENTREPORT 202, LLC
C/O DEEP RIVER COMMERCIAL
PROP
PO BOX 49579
GREENSBORO, NC 27419

SAVANNAH AIRPORT COMMISSION
400 AIRWAYS AVENUE
SAVANNAH, GA 31408

PNC BANK, N.A.
C/O ADAMS AND REESE LLP
ATTN: LAUREN A. BAIO, ESQ,
20 F. ST NW SUITE 500
WASHINGTON, DC 20001

Laats S.A.
15 calle b 7-24 zona 13 Aurora
Guatemala, Guatemala,
ZIP 01013

Uniserv Aviation Inc
Saul Gonzalez
8522 NW 66th Street
Miami, FL 33166

Uniserv Aviation Inc
Saul Gonzalez
8522 NW 66th Street
Miami, FL 33166

Abulfazl Alimardani
1119 Rivermeade dr
Hebron, KY 41048

Gerald McMillan
195 Knapdale Rd
Lumber Bridge, NC 28357

WILLIAM SINGLETON
445 WALNUT AVE
SAINT-LAMBERT QC J4P 2T5,
CANADA

Reno-Tahoe Airport Authority
P.O. Box 12490
Reno, NV 89510-2490

Karim Attar
110 Bonaventure Blvd, Apt 207
Weston, FL, 33326

STARR INDEMNITY & LIABILITY
COMPANY
399 PARK AVENUE
NEW YORK, NY 10022

Blackstone Alternative Credit Advisors
LP
and certain of its managed fun
c/o Sara L. Brauner, Esq.,
One Bryant Park
New York, NY 10036

LEE COUNTY PORT AUTHORITY
SW FLORIDA INT'L AIRPORT
1100 TERMINAL ACCESS RD
SUITE 8671
FORT MYERS, FL 33913-8899

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

TOTAL AIR GROUP
2456 WINCHESTER RD
HGR 14
MEMPHIS, TN 38116

CDW
Attn: Ronelle Erickson
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

JANZAIR CONSULTING SERVICES,
INC.
4611 S. UNIVERSITY DR. #242
DAVIE, FL 33328

Maryland Aviation Administration
Attn: William C. Lindsey
P.O. Box 8766
BWI Airport, MD 21240

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

Wayne County Airport Authority
Miller Canfield
c/o Marc Swanson,
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226

Wayne County Airport Authority
Miller Canfield
c/o Marc Swanson,
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

Charter Solution LLC
429 E. Front Street
Florence, NJ 08518

Precise Aviation, LLC
c/o Kilpatrick Townsend & Stockton
LLP
500 W. Madison St., Ste 3700
Chicago, IL 60661

NM Taxation & Revenue Department
PO Box 8575
Albuquerque, NM 87198-8575

Tennessee Department of Revenue
c/o Attorney General
POB 20207
Nashville., TN 37202-0207

TA Connection IL, LLC
f/k/a Travelliance, Inc.
Corpay, Inc. c/o Sean C. Kirk
5301 Maryland Way
Brentwood, TN 37027

Avionica, LLC.
Law Office of Alexis Gonzalez PA
3162 Commodore Plaza Suite 3E
Coconut Grove, FL 33133

PricewaterhouseCoopers LLP
Attn: Jill Bienstock, Senior
Manager Director
400 Campus Drive
Florham Park, NJ 07932

Piedmont Triad Airport Authority
William O Cooke, Jr.
1000A Ted Johnson Parkway
Greensboro, NC 27409

Miami-Dade County Through Its Aviation
Department
Ryan C. Zagare, Esq.
PO Box 025504
Miami, FL 33102

Arkansas Department of Finance and
Administration
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

Cooley LLP
Attn: Robert L. Eisenbach III
3 Embarcadero Center, 20th Fl
San Francisco, CA 94111

City of Philadelphia – Department of
Aviation
Law Department - Tax & Revenue Unit
Philadelphia, PA 19102

OH Capital Assets, Inc.
(ADMINISTRATIVE)
c/o Leanne Prendergast
Pierson Ferdinand LLP,
12620 Jacksonville, FL 32246

AEROSPHERE AVIATION SERVICES, INC.
7619 BOEING DRIVE
GREENSBORO, NC 27409

Piedmont Triad Airport Authority
William O Cooke, Jr.
1000A Ted Johnson Parkway
Greensboro, NC 27409

TexasWorld Service Company, Inc.
dba World Service Company
PO Box 62225
Houston, TX 77205

Garda Canada Security Corporation
2300 Emile-Belanger Street
Montreal, Quebec H4R 3J4 Canada

UMB Bank N.A.,
solely as Owner Trustee
c/o Barbra R. Parlin, Esq.
Holland & Knight LLP,
787 Seventh Avenue, 31st Floor
New York, NY 10019

Rhonda Sheppard Pepper
447 Kenville Green Court
Kernersville, NC 27284

Geoffrey T. Raicht, PC
99 Biltmore Avenue
Suite 122
Rye, NY 10580

Melissa Kaminski
124 ROQUEMORE RD
Clemmons, NC 27012

U.S. Customs and Border Protection
Attn: Rev-Bankruptcy-203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Carlos Lopez
950-900 Howe Street, 9th Floor
Vancouver, BC V6Z2M4

Blackstone Alternative Credit Advisors LP
and certain of its managed fun c/o
Sara L. Brauner, Esq.,
One Bryant Park
New York, NY 10036

Wayne County Airport Authority Miller
Canfield
c/o Marc Swanson
150 W. Jefferson Ave.,
Detroit, MI 48226

Aircrafters, Inc.
Brian Dubreuil
14 Tinker Avenue
Manchester, NH 03053

Datasite LLC
The Baker Center
733 S. Marquette Ave, Suite 60
Minneapolis, MN 55402

Wayne County Airport Authority
Miller Canfield
c/o Marc Swanson,
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226

Latitude Aero LLC
237-A Burgess Road
Greensboro, NC 27409

UMB Bank N.A., solely as Owner Trustee
c/o Barbra R. Parlin, Esq.
Holland & Knight LLP,
787 Seventh Avenue, 31st Floor
New York, NY 10019

Mid-Ohio Aviation Services LLC
1923 Beacon Street
Washington Court House, OH
43160

Hector Echevarria
15 Berea Ct.
Greensboro, NC 27406

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-0207

CommuteAir LLC
24950 Country Club Blvd. #200
North Olmsted, OH 44070

Caribbean Air Navigation & Advisory
Services LTD
POB 2163
National Mail Centre
Golden Grove Road, Piarco

CSI AEROSPACE INC
2020 WEST DETROIT STREET
BROKEN ARROW, OK 74012

Kathleen Gentile
504 5th Ave N
Kure Beach, NC 28449

Kathleen Gentile
504 5th Ave N
Kure Beach, NC 28449

Media Brewer LLC
6615 Ashton Park Dr.
Oak Ridge, NC 27310

Fox Rothschild LLP
Attn: M. Chovanes, Esq.
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Arkansas Department of Finance and
Administration
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

Aero Safety Graphics Inc.
6104 208th Ave. NE
Redmond, WA 98053

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

Shred-South, LLC
626 Signal Hill Dr. Ext
Statesville, NC 28625

Kathleen Gentile
504 5th Ave N
Kure Beach, NC 28449

Louisville/Jefferson County Metro
Government
c/o Daniel T. Albers, Jr.
Jefferson County Attorney's Office
200 S. Fifth St., Suite 200N
Louisville, KY 40202

Steven Thomas Wustenberg
P.O. Box 25992
Tempe, AZ 85285-85285

Precise Aviation, LLC
c/o Kilpatrick Townsend & Stockton
LLP
500 W. Madison St., Ste 3700
Chicago, IL 60661

Satcom Direct Inc
1050 Satcom Lane
Melbourne, FL 32940

Transportation Security Administration
Department of Homeland Security
6595 Springfield Center Drive
Springfield, VA 20598-6014

City of Philadelphia - Department of Aviation
Law Department - Tax & Revenue
Philadelphia, PA 19102

Philadelphia Terminal and Equipment
Company
2 International Plaza
Suite 335
Philadelphia, PA 19113

San Diego County Treasurer-Tax
Collector
1600 Pacific Hwy Room 162
San Diego, CA 92101

NM Taxation & Revenue Department
PO Box 8575
Albuquerque, NM 87198-8575

State of Florida- Department of Revenue
Fredrick F. Rudzik, Esq
P.O. Box. 6668
Tallahassee, FL 32314-6668

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Ford Motor Credit Company, LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AIG Property Casualty, Inc.
Attn: Kevin J. Larner, Esq
28 Liberty Street, Floor 22
New York, NY 10005

00814892.DOCX