**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                              Chapter 7 Cases (Converted)

**AEROTECH MIAMI INC. d/b/a iAero Tech,**                Case No. 23-17503-RAM
*et al.,*[1]                                                 (Substantively Consolidated)

      Debtors.                      /

**TRUSTEE, SCOTT N. BROWN'S MOTION (I) FOR AUTHORITY TO (A)**
**TRANSFER ALL POST-PETITION CLAIMS FILED IN SUBSTANTIVELY**
**CONSOLIDATED CASES TO LEAD CASE IN ORDER TO CREATE A SINGLE**
**CLAIMS REGISTER FOR ESTATE ADMINISTRATION, CLAIMS OBJECTION,**
**AND DISTRIBUTION PURPOSES, (B) CREATE CLAIMS IN ESTATE CLAIMS**
**REGISTER FOR ALLOWED CHAPTER 11 ADMINISTRATIVE CLAIMS, AND (C)**
**MAINTAIN SINGLE CONSOLIDATED CLAIMS REGISTER IN LEAD CASE**
**ESTATE'S BOOKS AND RECORDS; AND (II) EXCUSING TRUSTEE'S REVIEW**
**OF PRE-CONVERSION DATE CLAIMS FILED WITH KROLL**

Scott N. Brown, as Chapter 7 trustee of the substantively consolidated bankruptcy estates

(the "Estates") of (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii)

AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC;

(v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc.,

(viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent LLC,

(xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts,

LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi)

---

[1] The address of the Debtors is c/o Scott N. Brown, Chapter 7 trustee, 1 S.E. 3rd Avenue - #2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242; Case No. 23-17503); (ii) AeroThrust Delta PBH, LLC (6675; Case No. 23-17504); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451; Case No. 23-17505); (iv) AeroThrust Holdings Leasing, LLC (0152; Case No. 23-17506); (v) iAero 11 Investments LLC (9894; Case No. 23-17507); (vi) iAero 11B Investments LLC (6126; Case No. 23-17508); (vii) iAero Group Bidco Inc. (3777; Case No. 23-17509); (viii) iAero Group Holdco 6 LLC (6980; Case No. 23-17510);(ix) iAero Group Intermediate Inc. (4712; Case No. 23-17512); (x) iAero Group Parent LLC (0962; Case No. 2317513); (xi) iAero Thrust Engine Test Center, LLC (3908; Case No. 23-17514); (xii) iAero Thrust LLC (8261; Case No. 23-17515); (xiii) JAM Aerospace Parts, LLC (2331; Case No. 23-17516); (xiv) New Swift Air Holdings, L.L.C. (7373; Case No. 23-17517); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506; Case No. 23-17518); and (xvi) Swift Air Travel, LLC (3558; Case No. 23-17519).

Case No.: 23-17503-BKC-RAM
(Substantively Consolidated)

Swift Air Travel, LLC (the "Trustee"), through counsel and pursuant to 11 U.S.C. §105(a), files his Motion (I) for Authority to (A) Transfer All Post-Petition Claims Filed in Substantively Consolidated Cases to Lead Case in Order to Create a Single Claims Register for Estate Administration, Claims Objection, and Distribution Purposes, (B) Create Claims in Estate Claims Register for Allowed Chapter 11 Administrative Claims, and (C) Maintain Single Consolidated Claims Register in Lead Case Estate's Books and Records; and (II) Excusing Trustee's Review of Pre-Conversion Date Claims Filed With Kroll (the "Motion"), and in support thereof states as follows:

## Limited Relevant Background and Requested Relief

1.      By this Motion, the Trustee seeks entry of an order: (a) authorizing him to (i) create claims in the Estate's books and records in the Lead Case, Aerotech Miami Inc. d/b/a iAero Tech, Case No. 23-17503-RAM (the "Lead Case"), to mirror each non-duplicative post-Conversion Date claim filed in each of the fifteen (15) member cases that were substantively consolidated into the Lead Case, so that the Trustee can maintain a single register of post-Conversion Date claims filed in order to, among other things, effectuate distributions, (ii) create claims in the Lead Case estate's books and records for all allowed Chapter 11 administrative expense claims, and (iii) maintain a single consolidated claims register in the Lead Case estate's books and records; and (b) excusing him from reviewing any claims filed with Kroll, as such claims are not entitled to any distribution under the provisions of the Sale Order (defined below) distribution waterfall .[2]

---

[2] As detailed in Par. 6 below, hundreds of pre-conversion claims were filed during the pendency of the Chapter 11 with the Debtors' claims agent, Kroll, that are not reflected on the Claims Registers. However, because under the provisions of the "Proceeds Waterfall" set forth in the Sale Order (*see* ECF No. 602, Par. 39-40), only (i) the holders of allowed Chapter 11 administrative claims, (ii) Synovus, and (iii) the BXC Parties (as defined in the Sale Order) are entitled to a distribution from recoveries obtained by the Trustee. Thus, it is not necessary for the Trustee to review and object to any pre-conversion claims filed with Kroll, because all such claims are, by definition, pre-petition claims and not Chapter 11 administrative claims and thus, not entitled to any distribution.

4936-2837-5483, v. 1

2.      Notwithstanding that the now substantively consolidated cases were jointly administered, this Court's *Order Granting Debtors' Ex Parte Motion for Joint Administration* (ECF No. 14)(the "Joint Administration Order"), directed that separate claims registers be maintained for each case. *See* Joint Administration Order at Par. 7.

3.      Subsequent to conversion of the Cases  to Chapter 7, the Clerk of the Court set a Chapter 7 Claims Bar Date and post-Conversion Date claims were filed in each of the sixteen (16) cases as follows:

   a.   44 in *In re Aerotech*, Case No. 23-17503 – the Lead Case;

   b.   3 in *In re AeroThrust Delta PBH, LLC*, Case No. 23-17504;

   c.   3 in *In re AeroThrust Holdings Aircraft and Engine Leasing, LLC*, Case No. 23-17505;

   d.   4 in *In re AeroThrust Holdings Leasing, LLC*, Case No. 23-17506;

   e.   3 in *In re iAero 11 Investments LLC*, Case No. 23-17507;

   f.   3 in *In re iAero 11B Investments LLC*, Case No. 23-17508;

   g.   5 in *In re iAero Group Bidco Inc.*, Case No. 23-17509;

   h.   3 in *In re iAero Group Holdco 6 LLC*, Case No. 23-17510;

   i.   3 in *In re iAero Group Intermediate Inc.* Case No. 23-17512;

   j.   4 in *In re iAero Group Parent LLC*, Case No. 23-17513;

   k.   5 in *In re iAero Thrust Engine Test Center, LLC*, Case No. 23-17514;

   l.   5 in *In re iAero Thrust LLC*, Case No., 23-17515;

   m.   3 in *In re JAM Aerospace Parts, LLC*, Case No. 23-17516;

   n.   4 in *In re New Swift Air Holdings, L.L.C.*, Case No. 23-17517;

   o.   46 in *In re Swift Air, L.L.C. d/b/a iAero Airways*, Case No. 23-17518; and

   p.   3 in *In re Swift Air Travel, LLC*, Case No. 23-17519.

4936-2837-5483, v. 1

4.      Three (3) creditors – (i) Geoffrey T. Raicht, PC ("Raicht"), (ii) Blackstone Alternative Credit Advisors LP and Certain of its Managed Funds ("Blackstone"), and (iii) PriceWaterhouse Coopers LLP ("PWC"), filed identical, dulpicative claims in each of the 16 cases, and the Trustee will be filing omnibus objections or agreed motions to disallow and deem each duplicative claim filed in each case other than  the Lead Case withdrawn or disallowed. ***Excluding the multiple duplicative claims filed by  Raicht, Blackstone and PWC in each of the member cases, only 9 additional post-Converson Date claims in total were filed in the fourteen (14) member cases other than In re Swift Air, L.L.C. (in which, as noted above, 46 claims were filed).***

5.      As referenced above, beyond the duplicative claims, almost all other post-Conversion Date claims that might be entitled to a distribution were filed in *In re Swift Air, L.L.C.*

6.      Under the provisions of the "Proceeds Waterfall" set forth in Par. 39-40 of this Court's *Order (I) Approving Stalking Horse APA and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens Except for Permitted Liens and Assumed Liabilities, and (III) Granting Related Relief* (ECF No. 602)(the "Sale Order"), only (i) the holders of allowed Chapter 11 administrative claims, (ii) Synovus, and (iii) the BXC Parties (as defined in the Sale Order) are entitled to a distribution from recoveries obtained by the Trustee. Thus, the Trustee asserts that it is not necessary for him to review and object to any pre-conversion claims filed with the Chapter 11 Debtors' claims agent, Kroll, because all such claims are, by definition, pre-petition claims and not Chapter 11 administrative claims and thus, not entitled to any distribution.

7.      Thus, a total of fifty-four (54) post-Conversion Date claims filed in the non-Lead cases will need to be created in the Lead Case estate's books and records, and the claims review and analysis will consist of ninety-eight (98) claims, excluding the duplicative claims of Raicht, Blackstone, and PWC.

8. In addition, thirteen (13) creditors filed applications for allowance of administrative claims post-Conversion (*see* ECF Nos. 729, 738 (included 2 separate but related creditors), 747, 770, 796, 797, 823, 836, 839, 845, 846 & 894)(collectively, the "Admin Claims Motions"), and this Court entered orders allowing Chapter 11 administrative expense claims on seven (7) of them (*see* ECF Nos. 742, 776, 799, 803, 811 & 812). Pursuant to the terms of this Court's *Order Granting Chapter 7 Trustee, Scott N. Brown's Motion (I) to Establish a Bar Date for the Filing of Motions Seeking the Allowance of Administrative Expense Claims, and (II) to Designate the Form and Manner of Notice of Administrative Claims Bar Date* (ECF No. 795), the remaining Admin Claims Motions were not set for hearing and are subject to objection by the Trustee during the claims review process, and will be set for hearing if objected to by the Trustee and not resolved consensually.

9. On September 3, 2024, this Court entered its *Order Granting Trustee, Scott N. Brown's Motion for Substantive Consolidation of Jointly Administered Debtors Effective as of the Conversion Date, May 1, 2024* (ECF No. 913)(the "SubCon Order"), which, among other things (i) substantively consolidated each of the member cases into the Lead Case, (ii) authorized the Trustee, without the need for further order or orders of this Court, to transfer all funds to a single bank account in the Lead Case estate at such time or times as he determines appropriate, for distribution purposes or otherwise, and (iii) authorized, but did not direct, the Trustee to file a single, consolidated Trustee's Final Report under the Lead Case (23-17503-RAM).

10. The Trustee and his professionals have begun the claims review process and have reached the point where they are ready to (i) file claim objections, and once said claim objections are adjudicated, (ii) seek authority to make an interim distribution.

11. In order to effectuate same, the Trustee has determined that it is necessary to create a single register of all post-Conversion Date claims in the Lead Case for estate administration and

distribution purposes. The Trustee spoke with the Clerk of the Court, Joe Falzone, who advised the Trustee that while technically possible for the Clerk to "transfer" all of the post-Conversion Date claims filed in each member case to the claims register in the Lead Case, such an undertaking would be time consuming and complex, and the Clerk requested that if possible, the Trustee simply create a combined register of all post-Conversion Date claims filed in the Lead Case Estate's books and records for claims adjudication, distribution, and administrative purposes.

12. Accordingly, the Trustee seeks entry of an order authorizing him to (i) create claims in the Estate's books and records in the Lead Case, Aerotech Miami Inc. d/b/a iAero Tech, Case No. 23-17503-RAM, to mirror each non-duplicative post-Conversion Date claim filed in each of the fifteen (15) member cases that were substantively consolidated into the Lead Case (the "Combined Claims Register"), so that the Trustee can maintain a single register of post-Conversion Date claims filed in order to, among other things, effectuate distributions, (ii) create claims in the Lead Case estate's books and records for all allowed Chapter 11 administrative expense Claims, and (iii) maintain a single consolidated Claims register of all post-Conversion Date Claims in the Lead Case estate's books and records. In addition, the Trustee requests that this Court excuse the Trustee from reviewing any claims filed with Kroll, as such claims are not entitled to any distribution under the provisions of the Sale Order waterfall.

13. Following creation of the combined Claims Register, the Trustee will file a copy on the docket in the Lead Case.

**WHEREFORE**, Scott N. Brown, as Chapter 7 trustee of the substantively consolidated bankruptcy estates of (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC; (v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc., (viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent

6

LLC, (xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts, LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi) Swift Air Travel, LLC, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) authorizing the Trustee to (i) create claims in the Estate's books and records in the Lead Case, Aerotech Miami Inc. d/b/a iAero Tech, Case No. 23-17503-RAM, to mirror each non-duplicative post-Conversion Date claim filed in each of the fifteen (15) member cases that were substantively consolidated into the Lead Case, so that the Trustee can maintain a single register of post-Conversion Date claims filed in order to, among other things, effectuate distributions, (ii) create claims in the Lead Case estate's books and records for all allowed Chapter 11 administrative expense claims, and (iii) maintain a single consolidated claims register in the Lead Case estate's books and records; (3) excusing the Trustee from reviewing any claims filed with Kroll; and (4) granting such other and further relief as this Court deems just and proper.

Respectfully submitted,
Bast Amron LLP
*General Counsel to the Trustee,*
*Scott N. Brown*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: 305.379.7904
Email: sbrown@bastamron.com

By:/s/ *Scott N. Brown*
     Scott N. Brown, Esq. (FBN 663077)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished this 22nd day of July, 2026, as follows:

Via CM/ECF to:

- **AIS Portfolio Services LP (Sharma)**   amit.sharma@aisinfo.com
- **Magda Abdo-Gomez**   maggie@magtaxatty.com
- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

7

4936-2837-5483, v. 1

Case No.: 23-17503-BKC-RAM
(Substantively Consolidated)

- **Brett M Amron**    bamron@bastamron.com, mdesvergunat@bastamron.com,jmiranda@bastamron.com,sroque@bastamron.com
- **John Arrastia**    jarrastia@continentalpllc.com, hgray@continentalpllc.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Nicholas B. Bangos**    nick@nbbpa.com, bazban13@gmail.com
- **James O Birr**    jbirr@jimersonfirm.com
- **Sara Lynne Brauner**    sbrauner@akingump.com, nymco@akingump.com
- **Christopher Broussard**    cbrouss.law@gmail.com, cbrouss.law@gmail.com
- **Austin B Calhoun**    acalhoun@lesaklaw.com, sbraswell@lesaklaw.com;jfarber@lesaklaw.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Angelo M Castaldi**    acastaldi@continentalpllc.com
- **Philip D. Dublin**    pdublin@akingump.com, nymco@akingump.com
- **Lara Roeske Fernandez**    lfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;lfernandez@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com
- **Michael Fishel**    michael@FishelLawGroup.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Christina S Gornail**    cgornail@phillipsrichard.com, mmcdougald@phillipsrichard.com
- **Jessika A Graham**    jgraham@wsh-law.com, lmartinez@wsh-law.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Monique D Hayes**    monique@dgimlaw.com, moniquedhayes@gmail.com;colleen@dgimlaw.com;monique123@ecf.courtdrive.com;monique@dgimlaw.com
- **Nicole Grimal Helmstetter**    nhelmstetter@joneswalker.com, mgreen@joneswalker.com;ksantacruz@joneswalker.com;nicole-helmstetter-8102@ecf.pacerpro.com
- **Kevin Hoyos**    hoyosk@gtlaw.com, perezan@gtlaw.com;miaecfbky@gtlaw.com
- **John B. Hutton III**    huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com
- **Christopher A Jarvinen**    cjarvinen@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Jonathan H Kaskel**    jonathan.kaskel@dentons.com, nancy.salazar@dentons.com,docket.general.lit.atl@dentons.com
- **Peter J Klock**    pklock@bastamron.com, jmiranda@bastamron.com;eService@bastamron.com;mhernandez@bastamron.com
- **Gerard M Kouri Jr.**    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Jeffrey T. Kucera**    jeffrey.kucera@klgates.com, etna.medina@klgates.com;docketing.east@klgates.com
- **Meghhaa Kumaarr**    mmahajan@aglawpa.com, la@aglawpa.com
- **John J Lamoureux**    jlamoureux@carltonfields.com, delliott@carltonfields.com;tpaecf@cfdom.net
- **Linda M Leali**    lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com

8

4936-2837-5483, v. 1

- **Isaac M Marcushamer**   isaac@marcushamer.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**   jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **Glenn D Moses**   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jnunez@venable.com;imalcolm@ecf.courtdrive.com;btraina@venable.com
- **Barry E. Mukamal**   bemtrustee@kapilamukamal.com
- **Ari Newman**   newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Nicholas E Pantelopoulos**   nep@kmazuckert.com
- **Jennifer C. Pratt**   JCPratt@Prada.law, jcprattlaw@gmail.com
- **Leanne McKnight Prendergast**   Leanne.Prendergast@pierferd.com, l3annemp@gmail.com
- **Lauren Baio Pultro**   lauren.pultro@arlaw.com, ari.martinez@arlaw.com;jessica.bowers@arlaw.com
- **Dana R Quick**   dquick@bastamron.com, jmiranda@bastamron.com;mdesvergunat@bastamron.com;eService@bastamron.com
- **Alexis S Read**   asr@alexisreadlaw.com, asr@readlawpllc.com
- **Patricia A Redmond**   predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com
- **Eric A Rosen**   erosen@fowler-white.com, CAfilings@fowler-white.com
- **Mark Alan Salzberg**   mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **Theodore Sandler**   tsandler@sandlerlawpa.com
- **Steven D Schneiderman**   Steven.D.Schneiderman@usdoj.gov
- **Adam Louis Schwartz**   aschwartz@vedderprice.com, adam-schwartz-5802@ecf.pacerpro.com,ecfmidocket@vedderprice.com,wthorsness@vedderprice.com,mjedelman@vedderprice.com
- **Peter E. Shapiro**   pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com
- **Stanley David Sheffman**   dsheffman@aglawpa.com, la@aglawpa.com
- **Zach B Shelomith**   zbs@shelomith.law, info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com
- **Ira Scot Silverstein**   iss@lgplaw.com, de@lgplaw.com
- **Paul Steven Singerman**   singerman@bergersingerman.com, hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Steven J. Solomon**   steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **Jesus M Suarez**   Jsuarez@continentalpllc.com, ggutstein@continentalpllc.com
- **Raychelle A Tasher**   Raychelle.Tasher@lewisbrisbois.com, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

9

Case No.: 23-17503-BKC-RAM
(Substantively Consolidated)

- **Katerina Anna Tonkinson**    ktonkinson@bastamron.com, jmiranda@bastamron.com;sroque@bastamron.com
- **Stuart F Wilson-Patton**    stuart.wilson-patton@ag.tn.gov
- **Jeffrey Heath Wood**    jeff.wood@bakerbotts.com
- **Ryan C Zagare**    rzagare@miami-airport.com, rmartin@miami-airport.com
- **Zachary Z Zermay**    zach@zermaylaw.com

and via U.S. Mail to all parties (i) that requested mail service pursuant to the terms of the *Second Amended Order Granting Trustee, Scott N. Brown's Second Ex Parte Motion for Entry of Order to Limit Notice and Establish Notice Procedures* (ECF No. 874), and (ii) that filed post-Conversion Date claims in any of the substantively consolidated cases, as listed on the attached following pages.

/s/ Scott N. Brown
Scott N. Brown, Esq.

10

4936-2837-5483, v. 1

RPMayer & Associates, LLC
N81 W5912 Orchard Drive
Cedarburg, WI 53012

James R. Tolzien
Chief Executive Officer
EALG Interim Solution, Inc. (f/k/a
Eastern Air Lines Group, Inc.)
1395 Brickell Avenue, Suite 960
Miami, Florida   33131

Vickie M. Duncan, Esq.
Oerlikon Surface Solutions,
Americas
Attn: Legal Dept.
1101 Prospect Avenue,
Westbury, NY 11590.

S. David Sheffman, Esq
Law office of Alexis Gonzalez, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133

Three Brothers Family Office LLC
c/o Adam Greenberg
410 Park Avenue, 22nd Floor
New York, NY 10022

High Class Aero Inc.
6991 NW 82nd Ave
Bay 11
Medley, FL 33166

KMA ZUCKERT LLP
c/o Nicholas E. Pantelopoulos, Esq
355 Alhambra Circle, Suite 1201
Coral Gables, FL 33134

City of Philadelphia Law Department
Tax Litigation & Collections Unit
c/o Megan N. Harper
1401 JFK Blvd., 5th Fl.
Philadelphia, PA 19102

Miami-Dade Office of the Tax Collector
200 NW 2nd Avenue Suite #430
Miami, FL 33128

Josue E. Lopez
3703 Botanical Way
Sanford, FL 32773-6531

Magnum AirDynamics
c/o Shapiro Law
8551 West Sunrise Boulevard,
Plantation, FL 33322

Geoffrey T. Raicht, PC
99 Biltmore Avenue
Suite 122
Rye, NY 10580

Brent S. Furrow
885 Malibu Way
Edwardsville, IL 62025

Uniserv Aviation Inc
Saul Gonzalez
8522 NW 66th Street
Miami, FL 33166

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

James Steven Mueller
3332 Kings Church Road
Taylorsville, KY 40071

ROSARIO SEREI
808 PECAN RIDGE CIRCLE
KERNERSVILLE, NC 27284

Melissa Kaminski
124 ROQUEMORE RD
Clemmons, NC 27012

MIS Choice, Inc.
300 N Martingale Rd.
Ste 250
Schaumburg, IL 60173

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

Trevor Southard Reed
12929 MCFADDEN WAY
SAN ANTONIO, TX 78254

SEBR CENTREPORT 202, LLC
C/O DEEP RIVER COMMERCIAL
PROP
PO BOX 49579
GREENSBORO, NC 27419

USDA APHIS
250 MARQUETTE AVE
MINNEAPOLIS, MN 55401

ProDIGIQ, Inc.
26500 W Agoura Rd
Ste 102 796
Calabasas, CA 91302

PITTSBURGH PENGUINS LP
C/O MIKE DONADIO
1001 FIFTH AVENUE
PITTSBURGH, PA 15219

STS LINE MAINTENANCE
PO BOX 890927
CHARLOTTE, NC 28289-0927

AEROTECH MIAMI INC.
PO BOX 520657
MIAMI, FL 33152

Vector Airport Systems LLC
dba Vector PLANEPASS
280 Sunset Park Drive,
Herndon, VA 20170

PricewaterhouseCoopers LLP
Attn: Jill Bienstock, Senior
Managing Director
400 Campus Drive
Florham Park, NJ 07932

Jerreld Schilling
18211 Bulverde Rd #10304
San Antonio, TX, 78259

AERSALE, INC.
255 ALHAMBRA CIR STE 435
CORAL GABLES, FL 33134

Ford Motor Credit Company, LLC
Dept 55953 P.O. Box 55000
Detroit, MI 48255

Owl Creek Asset Management, L.P.,
its affiliated funds,and its subsidiary
AWL Leasing II, LLC
Carlton Fields PA J Lamoureux
PO Box 3239
Tampa, FL 33601

Charter Intelligence Pty Ltd
691 John Wesley Dobbs Ave NE
Ste v-133
Atlanta, GA 30312

Veryon, LLC
382 NE 191ST ST
Suite 42403
MIAMI, FL 33179

Rosario D. Serei
808 Pecan Ridge Circle
Kenersville, NC 27284

SEBR CENTREPORT 202, LLC
C/O DEEP RIVER COMMERCIAL
PROP
PO BOX 49579
GREENSBORO, NC 27419

SAVANNAH AIRPORT COMMISSION
400 AIRWAYS AVENUE
SAVANNAH, GA 31408

PNC BANK, N.A.
C/O ADAMS AND REESE LLP
ATTN: LAUREN A. BAIO, ESQ,
20 F. ST NW SUITE 500
WASHINGTON, DC 20001

Laats S.A.
15 calle b 7-24 zona 13 Aurora
Guatemala, Guatemala,
ZIP 01013

Uniserv Aviation Inc
Saul Gonzalez
8522 NW 66th Street
Miami, FL 33166

Uniserv Aviation Inc
Saul Gonzalez
8522 NW 66th Street
Miami, FL 33166

Abulfazl Alimardani
1119 Rivermeade dr
Hebron, KY 41048

Gerald McMillan
195 Knapdale Rd
Lumber Bridge, NC 28357

WILLIAM SINGLETON
445 WALNUT AVE
SAINT-LAMBERT QC J4P 2T5,
CANADA

Reno-Tahoe Airport Authority
P.O. Box 12490
Reno, NV 89510-2490

Karim Attar
110 Bonaventure Blvd, Apt 207
Weston, FL, 33326

STARR INDEMNITY & LIABILITY
COMPANY
399 PARK AVENUE
NEW YORK, NY 10022

Blackstone Alternative Credit Advisors
LP
and certain of its managed fun
c/o Sara L. Brauner, Esq.,
One Bryant Park
New York, NY 10036

LEE COUNTY PORT AUTHORITY
SW FLORIDA INT'L AIRPORT
1100 TERMINAL ACCESS RD
SUITE 8671
FORT MYERS, FL 33913-8899

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

TOTAL AIR GROUP
2456 WINCHESTER RD
HGR 14
MEMPHIS, TN 38116

CDW
Attn: Ronelle Erickson
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

JANZAIR CONSULTING SERVICES,
INC.
4611 S. UNIVERSITY DR. #242
DAVIE, FL 33328

Maryland Aviation Administration
Attn: William C. Lindsey
P.O. Box 8766
BWI Airport, MD 21240

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

~~Wayne County Airport Authority Miller Canfield c/o Marc Swanson, 150 W. Jefferson Ave., Suite 2500 Detroit, MI 48226~~

~~Wayne County Airport Authority Miller Canfield c/o Marc Swanson, 150 W. Jefferson Ave., Suite 2500 Detroit, MI 48226~~

JAC Aviation Services, LLC
2670 Redington Rd
Hellertown, PA 18055-3334

Charter Solution LLC
429 E. Front Street
Florence, NJ 08518

Precise Aviation, LLC
c/o Kilpatrick Townsend & Stockton LLP
500 W. Madison St., Ste 3700
Chicago, IL 60661

NM Taxation & Revenue Department
PO Box 8575
Albuquerque, NM 87198-8575

Tennessee Department of Revenue
c/o Attorney General
POB 20207
Nashville., TN 37202-0207

TA Connection IL, LLC
f/k/a Travelliance, Inc.
Corpay, Inc. c/o Sean C. Kirk
5301 Maryland Way
Brentwood, TN 37027

Avionica, LLC.
Law Office of Alexis Gonzalez PA
3162 Commodore Plaza Suite 3E
Coconut Grove, FL 33133

PricewaterhouseCoopers LLP
Attn: Jill Bienstock, Senior Manager Director
400 Campus Drive
Florham Park, NJ 07932

Piedmont Triad Airport Authority
William O Cooke, Jr.
1000A Ted Johnson Parkway
Greensboro, NC 27409

Miami-Dade County Through Its Aviation Department
Ryan C. Zagare, Esq.
PO Box 025504
Miami, FL 33102

Arkansas Department of Finance and Administration
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

Cooley LLP
Attn: Robert L. Eisenbach III
3 Embarcadero Center, 20th Fl
San Francisco, CA 94111

City of Philadelphia – Department of Aviation
Law Department - Tax & Revenue Unit
Philadelphia, PA 19102

~~OH Capital Assets, Inc. (ADMINISTRATIVE) c/o Leanne Prendergast Pierson Ferdinand LLP, 12620 Jacksonville, FL 32246~~

AEROSPHERE AVIATION SERVICES, INC.
7619 BOEING DRIVE
GREENSBORO, NC 27409

~~Piedmont Triad Airport Authority William O Cooke, Jr. 1000A Ted Johnson Parkway Greensboro, NC 27409~~

TexasWorld Service Company, Inc.
dba World Service Company
PO Box 62225
Houston, TX 77205

Garda Canada Security Corporation
2300 Emile-Belanger Street
Montreal, Quebec H4R 3J4 Canada

~~UMB Bank N.A., solely as Owner Trustee c/o Barbra R. Parlin, Esq. Holland & Knight LLP, 787 Seventh Avenue, 31st Floor New York, NY 10019~~

Rhonda Sheppard Pepper
447 Kenville Green Court
Kernersville, NC 27284

Geoffrey T. Raicht, PC
99 Biltmore Avenue
Suite 122
Rye, NY 10580

Melissa Kaminski
124 ROQUEMORE RD
Clemmons, NC 27012

U.S. Customs and Border Protection
Attn: Rev-Bankruptcy-203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Carlos Lopez
950-900 Howe Street, 9th Floor
Vancouver, BC V6Z2M4

~~Blackstone Alternative Credit Advisors LP and certain of its managed fun c/o Sara L. Brauner, Esq., One Bryant Park New York, NY 10036~~

~~Wayne County Airport Authority Miller Canfield c/o Marc Swanson 150 W. Jefferson Ave., Detroit, MI 48226~~

Aircrafters, Inc.
Brian Dubreuil
14 Tinker Avenue
Manchester, NH 03053

Datasite LLC
The Baker Center
733 S. Marquette Ave, Suite 60
Minneapolis, MN 55402

Wayne County Airport Authority
Miller Canfield
c/o Marc Swanson,
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226

Latitude Aero LLC
237-A Burgess Road
Greensboro, NC 27409

UMB Bank N.A., solely as Owner Trustee
c/o Barbra R. Parlin, Esq.
Holland & Knight LLP,
787 Seventh Avenue, 31st Floor
New York, NY 10019

Mid-Ohio Aviation Services LLC
1923 Beacon Street
Washington Court House, OH
43160

Hector Echevarria
15 Berea Ct.
Greensboro, NC 27406

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-0207

CommuteAir LLC
24950 Country Club Blvd. #200
North Olmsted, OH 44070

Caribbean Air Navigation & Advisory
Services LTD
POB 2163
National Mail Centre
Golden Grove Road, Piarco

CSI AEROSPACE INC
2020 WEST DETROIT STREET
BROKEN ARROW, OK 74012

Kathleen Gentile
504 5th Ave N
Kure Beach, NC 28449

~~Kathleen Gentile~~
~~504 5th Ave N~~
~~Kure Beach, NC 28449~~

Media Brewer LLC
6615 Ashton Park Dr.
Oak Ridge, NC 27310

Fox Rothschild LLP
Attn: M. Chovanes, Esq.
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Arkansas Department of Finance and
Administration
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203-1272

Aero Safety Graphics Inc.
6104 208th Ave. NE
Redmond, WA 98053

~~JAC Aviation Services, LLC~~
~~2670 Redington Rd~~
~~Hellertown, PA 18055-3334~~

Shred-South, LLC
626 Signal Hill Dr. Ext
Statesville, NC 28625

~~Kathleen Gentile~~
~~504 5th Ave N~~
~~Kure Beach, NC 28449~~

Louisville/Jefferson County Metro
Government
c/o Daniel T. Albers, Jr.
Jefferson County Attorney's Office
200 S. Fifth St., Suite 200N
Louisville, KY 40202

Steven Thomas Wustenberg
P.O. Box 25992
Tempe, AZ 85285-85285

Precise Aviation, LLC
c/o Kilpatrick Townsend & Stockton
LLP
500 W. Madison St., Ste 3700
Chicago, IL 60661

Satcom Direct Inc
1050 Satcom Lane
Melbourne, FL 32940

Transportation Security Administration
Department of Homeland Security
6595 Springfield Center Drive
Springfield, VA 20598-6014

~~City of Philadelphia - Department of Aviation~~
~~Law Department - Tax & Revenue~~
~~Philadelphia, PA 19102~~

Philadelphia Terminal and Equipment
Company
2 International Plaza
Suite 335
Philadelphia, PA 19113

San Diego County Treasurer-Tax
Collector
1600 Pacific Hwy Room 162
San Diego, CA 92101

NM Taxation & Revenue Department
PO Box 8575
Albuquerque, NM 87198-8575

State of Florida- Department of Revenue
Fredrick F. Rudzik, Esq
P.O. Box. 6668
Tallahassee, FL 32314-6668

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Ford Motor Credit Company, LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

AIG Property Casualty, Inc.
Attn: Kevin J. Larner, Esq
28 Liberty Street, Floor 22
New York, NY 10005

00814892.DOCX